# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| RYAN A. BENDAWALD | 1:23-cr-00281-DCN |

To: The United States Marshal and any Authorized United States Officer

**RECEIVED**
By U.S. Marshals Service at 11:39 am, Oct 12, 2023

YOU ARE HEREBY COMMANDED to arrest **RYAN A. BENDAWALD** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

18 U.S.C. § 666(a)(1)(B) FEDERAL PROGRAM BRIBERY

United States Courts
District of Idaho
**ISSUED**
*Jocelyn Dunnegan*
on Oct 12, 2023 11:30 am

October 12, 2023
Date

**RETURN**

This warrant was received __10/12/2023__ and executed with the arrest of the above-name individual at __Nashville, TN__.

_____

Signature of Arresting Officer

10/17/2023
Date of Arrest

Signing on behalf of arresting FBI Agent
Name & Title of Arresting Officer