ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

_/s/_ /Nelson/
Deputy Clerk

# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. __Ryan Bendawald__, No. __23-mj-2217__

**ATTORNEY FOR GOVERNMENT:** Mitchell Galloway

**ATTORNEY FOR DEFENDANT:** Caryll Alpert — (**AFPD**) Panel Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** YES (**NO**) LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☑ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☑ **ARRESTED ON:** 10.17.23
DEFENDANT HAS A COPY OF:
☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
☑ Defendant advised of right to counsel ☐ Counsel retained
☑ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed ☑ FPD Appointed
☑ Defendant advised of right to silence ☐ Defendant advised of right to **Consular notification**
☑ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
☐ Defendant waived rights under IAD ☐ Defendant to be returned to State custody
☐ Government motion for detention ☐ Defendant temporarily detained
☐ Defendant waived detention hearing ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
  ☐ Own recognizance with conditions of release ☐ standard ☐ special
  ☐ Appearance bond in the amount of: _____
  ☐ Property bond [description of property]: _____
☑ **RULE 5** - Defendant advised of right to identity hearing ☑ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☑ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ **GRAND JURY WAIVED IN OPEN COURT** [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ **GUILTY** ☐ **NOT GUILTY** ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** 10.17.23 **TOTAL TIME:** 29 minutes
**BEGIN TIME:** 1:09 pm **END TIME:** 1:38 pm
*Digitally Recorded*
~~VIDEO CONFERENCE~~

Form Revised 2/9/2018 Page 1 of 1