# United States District Court
## Middle District of Tennessee

Office of the Clerk
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, Tennessee 37203
www.tnmd.uscourts.gov

October 17, 2023

U.S. COURTS

OCT 24 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Clerk
U.S. District Court, District of Idaho
James A. McClure Federal Building and U.S. Courthouse
550 West Fort Street, Room 400
Boise, ID 83724-0101

Re:  TRANSMISSION OF RULE 5 DOCUMENTS
     USA v. Ryan A. Bendawald
     District of Idaho Case No. 1:23-cr-00281-DCN
     Middle District of Tennessee Case No. 3:23-mj-02217

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-referenced case.

Sincerely,

Lindsay Newsom
Case Administrator

Enclosures

cc:  U. S. Marshal Service