# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Initial Appearance and Arraignment

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.   DATE: November 2, 2023
DEPUTY CLERK/ESR: Jackie Hildebrand           TIME: 9:30 – 9:45 am
Recorded in Courtroom 7                       Boise, ID

### UNITED STATES OF AMERICA vs. RYAN A. BENDAWALD
### 1:23-cr-00281-DCN-1

Counsel for:   United States (AUSA): Kate Horwitz
               Defendant: Debra Groberg, CJA Counsel
               USPO: Jessica Kinsel

☒Defendant appears on a Warrant/Indictment. Defendant has read the Indictment. Appeared in the Middle District of Tennessee on 10/24/2023 and was released on conditions.
☒Court reviewed the record.
☒The maximum penalties that could be imposed on Count One and Eight should you be convicted are:
   Up to life of imprisonment;
   to be followed by 5 years of supervised release;
   a $ 250,000 fine; and
   a special assessment of $ 100
☒The maximum penalties that could be imposed on Count Three should you be convicted are:
   1 year of imprisonment;
   to be followed by 1 year of supervised release;
   a $ 250,000 fine; and
   a special assessment of $ 25
☒The maximum penalties that could be imposed on Count 2 through 7 should you be convicted are:
   10 years of imprisonment;
   to be followed by 3 years of supervised release;
   a $ 250,000 fine; and
   a special assessment of $ 100

☒Constitutional Rights to Jury Trial and Counsel advised.
   ☒Indictment      ☐Information      ☐Complaint
               ☒Copy furnished to defendant/understand the charges and maximum penalties
               ☐Read by Clerk     ☒Waived reading     ☐Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant to all counts.

☒Counsel made elections to the Procedural Order. Search warrants were not issued.

☒Notice given re *Due Process Protections Act* to defendant and counsel.

The Jury Trial is set for Monday, January 8, 2024 at 1:30 p.m. in Boise, Idaho before Chief District Judge David C. Nye.  A telephonic pre-trial readiness conference is set for Wednesday, December 27, 2023at 4:00 p.m. before Judge Nye. Counsel for the Government is directed to initiate the call.

☒Government is not seeking detention. Conditions of Release discussed.

☒Order Setting Conditions of Release to be entered. Conditions will mirror the conditions in the Middle District of Tennessee. List of firearms to the probation officer according to 18 USC 922(n).  Curfew 10 pm to 6 am with location monitoring will be imposed during his release and prior to trial. List of potential witness to be provided to defense and filed under seal to which defendant is not to contact.

☒Defendant remanded to the custody of the U.S. Marshal.