UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN A. BENDAWALD,<br><br>    Defendant. | Case No. 1:23-cr-00281-DCN<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

    The Court has before it Defendant's Unopposed Motion to Continue Trial Readiness Conference and Trial. Dkt. 24. Defense counsel explains that due to the volume of documents received in discovery, they need additional time to complete their investigation, review that discovery and prepare for trial. The Government does not oppose the motion.

    Under these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

    The statements of defense counsel establish that the trial should be continued for a period of not less than 12 months. The Court finds that the period of time between the filing of the Motion (Dkt. 24) and the new trial date is excludable time under the Speedy Trial

Act.

Accordingly, IT IS HEREBY ORDERED that:

1. The Unopposed Motion to Continue Trial Readiness Conference and Trial (Dkt. 24) shall be, and the same is hereby **GRANTED**, and that the present trial date be VACATED, and that a new trial be set for **four weeks starting January 21, 2025, at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

2. The period of time between the filing of the Motion (Dkt. 24) and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

3. The current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **January 7, 2025, at 4:00 p.m. (mountain time).** The Government shall place the call to (208) 478-8391 with opposing counsel on the line.

4. All pretrial motions shall be filed on or before **October 1, 2024.**

5. A telephonic status conference will be held on **February 22, 2024, at 10:00 a.m.**

DATED: December 22, 2023

David C. Nye
Chief U.S. District Court Judge