Debra Groberg (ISB#9797)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com
npittman@nbmlaw.com

*Attorneys for Defendant Ryan Bendawald*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>                Plaintiff,             )<br>                                                         )<br> vs.                                                   )<br>                                                         )<br> RYAN A. BENDAWALD,              )<br>                                                         )<br>                Defendant.           )<br> _____ ) | CASE NO. 1:23-CR-281-DCN<br><br>**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Defendant Ryan Bendawald, through his attorneys of record, moves the Court for an order modifying the conditions of his release to change the hours of Mr. Bendawald's curfew to allow him to arrive at work at the time set by his new employer. This Court set Mr. Bendawald's conditions of release at his Arraignment on November 2, 2023. Dkt. 17. To date, no other requests for modification have been made.

This motion is brought based on Mr. Bendawald's new employment hours. Mr. Bendawald's new employment hours require he begin work at 5:30 a.m. These hours are set to begin on April 16, 2024. However, Mr. Bendawald's presently set curfew requires him to be at his residence every day from 10:00 p.m. until 6:00 a.m. Dkt. 17 ¶ 13(a). Based on the foregoing,

it is respectfully requested the Court modify the curfew hours to 10:00 p.m. to 5:00 a.m. to allow him to arrive at work by 5:30 a.m.

Undersigned counsel has conferred with counsel for the government and there is no objection to the modification. Counsel has further been advised that Mr. Bendawald's Probation Officer supports the modification.

DATED this 12th day of April, 2024.

                NEVIN, BENJAMIN & McKAY LLP

                /s/ Debra Groberg
                Debra Groberg

## CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of April 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

  Katherine L. Horwitz
  United States Attorney's Office
  khorwitz@usdoj.gov

            /s/ Debra Groberg
            Debra Groberg