COREY R. AMUNDSON
CHIEF
KATHRYN E. FIFIELD, WISCONSIN STATE BAR NO. 1097640
TRIAL ATTORNEY
CRIMINAL DIVISION, PUBLIC INTEGRITY SECTION
1301 NEW YORK AVE. NW, SUITE 1000
WASHINGTON, DISTRICT OF COLUMBIA 20530

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00281-DCN |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL AS COUNSEL** |
| RYAN A. BENDAWALD, | |
| Defendant. | |

PLEASE TAKE NOTICE that KATHRYN E. FIFIELD, Trial Attorney for the Criminal Division, Public Integrity Section, hereby moves to withdraw as counsel representing the United States of America in the above action and requests that she be removed from the list receiving service of papers and pleadings filed in this action.

Respectfully submitted this 26th day of April, 2024.

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION

By:

/s/ Kathryn Fifield
KATHRYN E. FIFIELD
Trial Attorney