Debra Groberg (ISB#9797)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com
npittman@nbmlaw.com

*Attorneys for Defendant Ryan Bendawald*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RYAN A. BENDAWALD, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:23-CR-281-DCN <br><br> **UNOPPOSED MOTION TO SEAL DEFENDANT'S MOTION TO SUPPRESS, MEMORANDUM IN SUPPORT, ATTACHED EXHIBITS AND DECLARATION OF COUNSEL** |

Defendant Ryan Bendawald, by and through undersigned counsel, moves this Court pursuant to Loc. Crim. R. 6, incorporating Loc. Civ. R. 5.3, for an Order sealing Defendant's Motion to Suppress, Memorandum in Support, the Exhibits attached thereto, and the Declaration of Counsel ("Motion to Suppress"). The Motion to Suppress has been provisionally filed under seal pending resolution of this Motion.

The Motion to Suppress requests that the Court suppress the evidence obtained through a search warrant for Mr. Bendawald's personal Gmail account. The search warrant was obtained on November 21, 2023, after the indictment was returned and Mr. Bendawald was arraigned. The Motion to Suppress asserts that the evidence should be suppressed because the testifying agent

intentionally or recklessly misled the magistrate judge and because the warrant is overbroad and lacks particularity. The affidavit to the search warrant must therefore be included with the Motion to Suppress. The affidavit details in depth the allegations of several complainants, mentions other officers involved in those allegations, and, because it was obtained post-indictment, may still be under an order to seal.

Accordingly, Mr. Bendawald requests that the affidavit be filed under seal, which also necessitates sealing the Memorandum in Support given that it extensively quotes from and refers to the affidavit, as well as the other documents filed with the Motion. Counsel for Mr. Bendawald has consulted counsel for the government, and they do not oppose the relief sought. If the Court determines that the Motion to Suppress should not be under seal, Mr. Bendawald requests an opportunity to redact the pleadings in accordance with Local Rule 5.5 before filing them on the public docket.

DATED this 1st day of October, 2024.

                                          NEVIN, BENJAMIN & McKAY LLP

                                          /s/ Debra Groberg
                                          Debra Groberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
United States Attorney's Office
khorwitz@usdoj.gov

/s/ Debra Groberg
Debra Groberg