*United States v. Ryan Bendawald*

Case No. 1:23-cr-000281-DCN

**Government's Response to Motion to Suppress**

**SEALED EXHIBIT 1**

Excerpt of Testimony
Officer Tylee Lanham

BENDAWALD_015408