| | |
|---|---|
| **From:** | rbendawald@cityofcaldwell.org |
| **To:** | rbendawald@gmail.com |
| **Sent:** | 11/3/2021 1:24:34 AM |
| **Subject:** | FW: |
| **Attachments:** | 2019_01_27_16_37_04.mp3 |

**From:** Victim Two @gmail.com>
**Sent:** Sunday, January 27, 2019 5:12 PM
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Subject:**

The first two are from who banger the girl he beat. This him today. Looks like u got him on your side

Total Control Panel                                                                 Login

To: rbendawald@cityofcaldwell.org          Message Score: 1                    High (60): Pass
From: Victim Two /gmail.com                My Spam Blocking Level: High        Medium (75): Pass
                                                                              Low (90): Pass

                                           Block this sender
                                           Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

EXHIBIT_FIVE_001

| | |
|---|---|
| **From:** | rbendawald@cityofcaldwell.org |
| **To:** | rbendawald@gmail.com |
| **Sent:** | 11/3/2021 1:24:43 AM |
| **Subject:** | FW: |
| **Attachments:** | Voice 008.m4a |

**From:** Victim Two @gmail.com>
**Sent:** Sunday, January 27, 2019 5:10 PM
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Subject:**

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org        Message Score: 2                High (60): Pass
From: Victim Two @gmail.com              My Spam Blocking Level: High     Medium (75): Pass
                                                                          Low (90): Pass

                                         Block this sender
                                         Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

EXHIBIT_FIVE_002

BENDAWALD_001489

BENDAWALD_FILTER_001487

| | |
|---|---|
| **From:** | rbendawald@cityofcaldwell.org |
| **To:** | rbendawald@gmail.com |
| **Sent:** | 11/3/2021 1:26:37 AM |
| **Subject:** | |
| **Attachments:** | Attachment1.msg; Voice 004.m4a; Voice 004.m4a; Attachment4.msg; Recordings |

EXHIBIT_FIVE_003

BENDAWALD_001491

BENDAWALD_FILTER_001489

**From:** Victim Two mail.com
**To:** rbendawald@cityofcaldwell.org
**Sent:** 11/26/2018 10:01:37 AM
**Subject:** Voice 004.m4a


Victim Two mailto: Victim Two .com> has shared the following video:
<https://ssl.gstatic.com/docs/documents/share/images/services/video-5.png>
Voice 004.m4a <http://drive.google.com/file/d/1FzlwrZ2DH-nSXyTjHYCYevlq66uR6uBt
/view?usp=sharing_eil&ts=5bfc0ad1>
Open <http://drive.google.com/file/d/1FzlwrZ2DH-nSXyTjHYCYevlq66uR6uBt
/view?usp=sharing_eip&ts=5bfc0ad1>




Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA Logo for Google Drive
<http://drive.google.com>
_____

Total Control Panel Login <https://asp.reflexion.net/login?domain=cityofcaldwell.org>
To: rbendawald@cityofcaldwell.org <https://asp.reflexion.net/address-
properties?aID=17679483279&domain=cityofcaldwell.org>
From: 30qr8wwgjcrwemt0u4aaiockn.eqotdgpfcycnfekv0qhecnfygnn.qti@doclist.bounces.google.com
Message Score: 1 High (60): Pass
My Spam Blocking Level: High Medium (75): Pass
Low (90): Pass
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-address=1&hID=32612914594&
domain=cityofcaldwell.org> this sender
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-domain=1&hID=32612914594&
domain=cityofcaldwell.org> doclist.bounces.google.com
This message was delivered because the content filter score did not exceed your filter
level.

EXHIBIT_FIVE_004

| From: | [Victim Two] gmail.com |
|---|---|
| To: | rbendawald@cityofcaldwell.org |
| Sent: | 11/26/2018 9:54:49 AM |
| Subject: | Voice 004.m4a |

[Victim Two] <mailto:[Victim Two] com> has shared the following video:
<https://ssl.gstatic.com/docs/documents/share/images/services/video-5.png>
Voice 004.m4a <http://drive.google.com/file/d/1FzlwrZ2DH-nSXyTjHYCYevlq66uR6uBt
/view?usp=sharing_eil&ts=5bfc0939>
Open <http://drive.google.com/file/d/1FzlwrZ2DH-nSXyTjHYCYevlq66uR6uBt
/view?usp=sharing_eip&ts=5bfc0939>

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA Logo for Google Drive
<http://drive.google.com>
_____

Total Control Panel Login <https://asp.reflexion.net/login?domain=cityofcaldwell.org>
To: rbendawald@cityofcaldwell.org <https://asp.reflexion.net/address-
properties?sID=17679483279&domain=cityofcaldwell.org>
From: 3oqn8wwgjciiaipwqaggek8gj.amkz9clb8u8jbagrwmda8jbucjj.mpe@doclist.bounces.google.com
Message Score: 1 High (60): Pass
My Spam Blocking Level: High Medium (75): Pass
Low (90): Pass
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-address=1&hID=32612663719&
domain=cityofcaldwell.org> this sender
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-domain=1&hID=32612663719&
domain=cityofcaldwell.org> doclist.bounces.google.com
This message was delivered because the content filter score did not exceed your filter
level.

BENDAWALD_001494

BENDAWALD_FILTER_001492

**From:** Victim Two gmail.com
**To:** rbendawald@cityofcaldwell.org
**Sent:** 11/26/2018 9:50:05 AM
**Subject:**

Voice 004.m4a <https://drive.google.com/file/d/1Fz1wrZ2DH-nSXyTjHYCYev1q66uR6uBt
/view?usp=drivesdk>

_____

Total Control Panel Login <https://asp.reflexion.net/login?domain=cityofcaldwell.org>
To: rbendawald@cityofcaldwell.org <https://asp.reflexion.net/address-
properties?aID=1767948327&domain=cityofcaldwell.org>
From: Victim Two .com
Message Score: 2 High (60): Pass
My Spam Blocking Level: High Medium (75): Pass
Low (90): Pass
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-address=1&hID=32612528804&
domain=cityofcaldwell.org> this sender
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-domain=1&hID=32612528804&
domain=cityofcaldwell.org> gmail.com
This message was delivered because the content filter score did not exceed your filter
level.

EXHIBIT_FIVE_006

**From:** [Victim Two] gmail.com
**To:** rbendawald@cityofcaldwell.org
**Sent:** 11/26/2018 9:35:53 AM
**Subject:** Recordings


Voice 003.m4a <https://drive.google.com/file/d/1Nr_6pdsPucdWJDyuCBQXJAcGiFbQPEF7
/view?usp=drivesdk>

_____

Total Control Panel Login <https://asp.reflexion.net/login?domain=cityofcaldwell.org>
To: rbendawald@cityofcaldwell.org <https://asp.reflexion.net/address-
properties?aID=1767948327&domain=cityofcaldwell.org>
From: [Victim Two] mail.com
Message Score: 2 High (60): Pass
My Spam Blocking Level: High Medium (75): Pass
Low (90): Pass
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-address=1&hID=32612093551&
domain=cityofcaldwell.org> this sender
Block <https://asp.reflexion.net/FooterAction?ver=3&bl-sender-domain=1&hID=32612093551&
domain=cityofcaldwell.org> gmail.com
This message was delivered because the content filter score did not exceed your filter
level.

BENDAWALD_001496
BENDAWALD_FILTER_001494

**From:** rbendawald@cityofcaldwell.org
**To:** rbendawald@gmail.com
**Sent:** 11/3/2021 1:29:48 AM
**Subject:** FW: Fwd:
**Attachments:** My recording 1.wav

**From:** Victim Two gmail.com>
**Sent:** Saturday, September 22, 2018 5:57 PM
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Subject:** Fwd:

---------- Forwarded message ---------
From: Victim Two @gmail.com>
Date: Sat, Sep 22, 2018, 5:54 PM
Subject:
To: Victim Two @gmail.com>

**Total Control Panel**                                                    Login

To: rbendawald@cityofcaldwell.org          Message Score: 1                   High (60): Pass
From: Victim Two mail.com                   My Spam Blocking Level: High       Medium (75): Pass
                                                                              Low (90): Pass

                                            Block this sender
                                            Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

EXHIBIT_FIVE_008

BENDAWALD_001497

BENDAWALD_FILTER_001495

| | |
|---|---|
| **From:** | rbendawald@cityofcaldwell.org |
| **To:** | rbendawald@gmail.com |
| **Sent:** | 11/3/2021 1:22:54 AM |
| **Subject:** | FW: |
| **Attachments:** | 2019_03_09_08_01_39.mp3 |

**From:** Victim Two  //gmail.com>
**Sent:** Saturday, March 9, 2019 8:15 AM
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Subject:**

**Total Control Panel**                                                                                          Login

To: rbendawald@cityofcaldwell.org          Message Score: 2                    High (60): Pass
From Victim Two  .om                         My Spam Blocking Level: High      Medium (75): Pass
                                                                                Low (90): Pass

                                              Block this sender
                                              Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

**EXHIBIT_FIVE_009**

BENDAWALD_001483
BENDAWALD_FILTER_001481

**From:**        Ryan Bendawald <rbendawald@gmail.com>
**To:**          Ryan Bendawald
**Sent:**        9/17/2021 10:18:08 AM
**Subject:**
**Attachments:**  attachment.txt; IMG_4660.jpg

**Total Control Panel**                                                                    Login

To: rbendawald@cityofcaldwell.org    Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_010

BENDAWALD_027438

BENDAWALD_FILTER_027410



| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 8/29/2021 11:14:18 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; IMG_4562.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_012

BENDAWALD_026117

BENDAWALD_FILTER_026089



BENDAWALD_026119
BENDAWALD_FILTER_026091

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 8/14/2021 3:43:08 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; IMG_4495.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org      Remove this sender from my allow list

From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_014

BENDAWALD_024961

BENDAWALD_FILTER_024938



EXHIBIT_FIVE_015

BENDAWALD_024963
BENDAWALD_FILTER_024940

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 8/13/2021 6:18:28 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; IMG_4490.jpg |

**Total Control Panel**                                                      Login

To: rbendawald@cityofcaldwell.org      Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_016

BENDAWALD_024935

BENDAWALD_FILTER_024912



| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 5/20/2021 9:10:16 AM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; IMG_4134.jpg; IMG_4135.jpg; IMG_4136.jpg |

**Total Control Panel**                                                                                     Login

To: rbendawald@cityofcaldwell.org        Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_018

BENDAWALD_018615

BENDAWALD_FILTER_018597



EXHIBIT_FIVE_019

BENDAWALD_018619
BENDAWALD_FILTER_018601



EXHIBIT_FIVE_020

BENDAWALD_018620

BENDAWALD_FILTER_018602



EXHIBIT_FIVE_021

BENDAWALD_018621

BENDAWALD_FILTER_018603

| | |
|---|---|
| **From:** | rbendawald@cityofcaldwell.org |
| **To:** | jrhoadley@cityofcaldwell.org |
| **Sent:** | 5/19/2021 6:04:24 PM |
| **Subject:** | FW: |
| **Attachments:** | ATT00001.txt; ATT00002.txt; ATT00003.txt; ATT00004.txt; ATT00005.txt; ATT00006.txt; IMG_4125.jpg; IMG_4126.jpg; IMG_4127.jpg; IMG_4128.jpg; IMG_4129.jpg; IMG_4130.jpg |

**From:** Ryan Bendawald <rbendawald@gmail.com>
**Sent:** Wednesday, May 19, 2021 9:50 AM
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Subject:**

---

Total Control Panel                                                                                      Login

To: rbendawald@cityofcaldwell.org        Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_022

BENDAWALD_018539

BENDAWALD_FILTER_018521



EXHIBIT_FIVE_023

BENDAWALD_018546

BENDAWALD_FILTER_018528



EXHIBIT_FIVE_024

BENDAWALD_018547
BENDAWALD_FILTER_018529



EXHIBIT_FIVE_025

BENDAWALD_018548
BENDAWALD_FILTER_018530



EXHIBIT_FIVE_026

BENDAWALD_018549
BENDAWALD_FILTER_018531



EXHIBIT_FIVE_027

BENDAWALD_018550
BENDAWALD_FILTER_018532



BENDAWALD_018551
BENDAWALD_FILTER_018533

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 5/14/2021 8:58:56 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; IMG_4116.jpg |

**Total Control Panel**                                                                                          Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*



EXHIBIT_FIVE_030

BENDAWALD_018138
BENDAWALD_FILTER_018120

| From: | Ryan Bendawald <rbendawald@gmail.com> |
|---|---|
| To: | Ryan Bendawald |
| Sent: | 5/10/2021 12:29:20 PM |
| Subject: | |
| Attachments: | attachment.txt; attachment1.txt; IMG_4092.jpg; IMG_4093.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org    Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_031

BENDAWALD_017480

BENDAWALD_FILTER_017462



BENDAWALD_017483
BENDAWALD_FILTER_017465



EXHIBIT_FIVE_033

BENDAWALD_017484
BENDAWALD_FILTER_017466

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 5/8/2021 5:41:37 PM |
| **Subject:** | 21-13503 |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; IMG_4068.jpg; IMG_4069.jpg; IMG_4070.jpg; IMG_4075.jpg; IMG_4076.jpg |

**Total Control Panel**                                                                                                  Login

To: rbendawald@cityofcaldwell.org          Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_034

BENDAWALD_017416

BENDAWALD_FILTER_017398



EXHIBIT_FIVE_035

BENDAWALD_017422
BENDAWALD_FILTER_017404



BENDAWALD_017423

BENDAWALD_FILTER_017405







EXHIBIT_FIVE_039

BENDAWALD_017426
BENDAWALD_FILTER_017408

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 5/7/2021 9:53:25 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; IMG_4063.jpg |

**Total Control Panel**                                                                                    Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_040

BENDAWALD_017390

BENDAWALD_FILTER_017372



EXHIBIT_FIVE_041

BENDAWALD_017392
BENDAWALD_FILTER_017374

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 4/30/2021 10:08:22 AM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; attachment5.txt; attachment6.txt; IMG_4029.jpg; IMG_4030.jpg; IMG_4031.jpg; IMG_4032.jpg; IMG_4033.jpg; IMG_4034.jpg; IMG_4035.jpg |

**Total Control Panel**                                                                                      Login

To: rbendawald@cityofcaldwell.org      Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_042

BENDAWALD_016537
BENDAWALD_FILTER_016520



EXHIBIT_FIVE_043

BENDAWALD_016545

BENDAWALD_FILTER_016528



BENDAWALD_016546

BENDAWALD_FILTER_016529



BENDAWALD_016547

BENDAWALD_FILTER_016530



BENDAWALD_016548
BENDAWALD_FILTER_016531



BENDAWALD_016549
BENDAWALD_FILTER_016532



EXHIBIT_FIVE_048

BENDAWALD_016550
BENDAWALD_FILTER_016533



BENDAWALD_016551
BENDAWALD_FILTER_016534

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Tue, 20 Apr 2021 17:05:41 -0400 |
| **Attachments:** | IMG_3980.jpg (86.69 kB); attachment.txt (80 bytes); IMG_3981.jpg (94.71 kB); attachment.txt (80 bytes); IMG_3982.jpg (92.48 kB); attachment.txt (80 bytes); IMG_3983.jpg (99.2 kB); attachment.txt (80 bytes); IMG_3984.jpg (73.58 kB); attachment.txt (80 bytes); IMG_3985.jpg (71.7 kB); attachment.txt (80 bytes); IMG_3986.jpg (108.95 kB); attachment.txt (80 bytes); IMG_3987.jpg (104.36 kB); attachment.txt (99 bytes) |

**Total Control Panel**                                                                                   Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_050

BENDAWALD_066514



BENDAWALD_066515
BENDAWALD_FILTER_066481



BENDAWALD_066517
BENDAWALD_FILTER_066483





BENDAWALD_066521
BENDAWALD_FILTER_066487



EXHIBIT_FIVE_055

BENDAWALD_066523
BENDAWALD_FILTER_066489





BENDAWALD_066527
BENDAWALD_FILTER_066493



BENDAWALD_066529
BENDAWALD_FILTER_066495

| From: | Ryan Bendawald <rbendawald@gmail.com> |
|---|---|
| To: | Ryan Bendawald |
| Sent: | 4/20/2021 5:04:26 PM |
| Subject: | |
| Attachments: | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; attachment5.txt; attachment6.txt; attachment7.txt; attachment8.txt; IMG_3994.jpg; IMG_3998.jpg; IMG_3999.jpg; IMG_4001.jpg; IMG_4002.jpg; IMG_4003.jpg; IMG_4004.jpg; IMG_4005.jpg; IMG_4006.jpg |

Total Control Panel                                                                    Login

To: rbendawald@cityofcaldwell.org        Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_015503

BENDAWALD_FILTER_015486



EXHIBIT_FIVE_060

BENDAWALD_015513



EXHIBIT_FIVE_061

BENDAWALD_015514
BENDAWALD_FILTER_015497



BENDAWALD_015515
BENDAWALD_FILTER_015498

EXHIBIT_FIVE_062

BENDAWALD_015516
BENDAWALD_FILTER_015499



EXHIBIT_FIVE_063



BENDAWALD_015517
BENDAWALD_FILTER_015500

EXHIBIT_FIVE_064

BENDAWALD_015518
BENDAWALD_FILTER_015501



EXHIBIT_FIVE_065



BENDAWALD_015519
BENDAWALD_FILTER_015502

EXHIBIT_FIVE_066



BENDAWALD_015520
BENDAWALD_FILTER_015503

EXHIBIT_FIVE_067

BENDAWALD_015521

BENDAWALD_FILTER_015504



EXHIBIT_FIVE_068

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Mon, 19 Apr 2021 17:50:37 -0400 |
| **Attachments:** | IMG_3958.jpg (67.38 kB); attachment.txt (80 bytes); IMG_3959.jpg (99.03 kB); attachment.txt (80 bytes); IMG_3960.jpg (28.51 kB); attachment.txt (80 bytes); IMG_3961.jpg (61.04 kB); attachment.txt (80 bytes); IMG_3962.jpg (42.66 kB); attachment.txt (80 bytes); IMG_3963.jpg (38.01 kB); attachment.txt (80 bytes); IMG_3964.jpg (68.65 kB); attachment.txt (99 bytes) |

**Total Control Panel**                                                                                       Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_069

BENDAWALD_066330
BENDAWALD_FILTER_066296



EXHIBIT_FIVE_070

BENDAWALD_066331
BENDAWALD_FILTER_066297



BENDAWALD_066335
BENDAWALD_FILTER_066301



BENDAWALD_066337
BENDAWALD_FILTER_066303



BENDAWALD_066339
BENDAWALD_FILTER_066305



BENDAWALD_066341
BENDAWALD_FILTER_066307



BENDAWALD_066343
BENDAWALD_FILTER_066309

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Fri, 16 Apr 2021 00:08:35 -0400 |
| **Attachments:** | IMG_3949.jpg (78.64 kB); attachment.txt (80 bytes); IMG_3950.jpg (84.56 kB); attachment.txt (80 bytes); IMG_3951.jpg (94.97 kB); attachment.txt (80 bytes); IMG_3952.jpg (100.52 kB); attachment.txt (99 bytes) |

Total Control Panel                                                                                   Login

To: rbendawald@cityofcaldwell.org  Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_066114

BENDAWALD_FILTER_066080





BENDAWALD_066117
BENDAWALD_FILTER_066083



BENDAWALD_066119
BENDAWALD_FILTER_066085



BENDAWALD_066121
BENDAWALD_FILTER_066087

# [No Subject]

**From:** Ryan Bendawald <rbendawald@gmail.com>
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Date:** Fri, 16 Apr 2021 21:58:37 -0400
**Attachments:** IMG_3269.heic (17.16 MB)

Sent from my iPhone

Total Control Panel                                                                    Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_066203
BENDAWALD_FILTER_066169



BENDAWALD_066204
BENDAWALD_FILTER_066170

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Thu, 15 Apr 2021 13:11:05 -0400 |
| **Attachments:** | IMG_3945.jpg (98.49 kB); attachment.txt (80 bytes); IMG_3946.jpg (114.87 kB); attachment.txt (99 bytes) |

**Total Control Panel**                                                                                     Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_066069
BENDAWALD_FILTER_066035



BENDAWALD_066070
BENDAWALD_FILTER_066036



BENDAWALD_066072
BENDAWALD_FILTER_066038

# [No Subject]

**From:** Ryan Bendawald <rbendawald@gmail.com>
**To:** Ryan Bendawald <rbendawald@cityofcaldwell.org>
**Date:** Thu, 15 Apr 2021 13:10:43 -0400
**Attachments:** IMG_3939.jpg (110.08 kB); attachment.txt (80 bytes); IMG_3940.jpg (98.2 kB); attachment.txt (80 bytes); IMG_3941.jpg (99.14 kB); attachment.txt (80 bytes); IMG_3942.jpg (58.64 kB); attachment.txt (80 bytes); IMG_3943.jpg (95.55 kB); attachment.txt (80 bytes); IMG_3944.jpg (85.49 kB); attachment.txt (99 bytes)

**Total Control Panel**                                                    Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_066056
BENDAWALD_FILTER_066022



BENDAWALD_066057
BENDAWALD_FILTER_066023





EXHIBIT_FIVE_089

BENDAWALD_066061
BENDAWALD_FILTER_066027



BENDAWALD_066063
BENDAWALD_FILTER_066029



BENDAWALD_066065
BENDAWALD_FILTER_066031



BENDAWALD_066067
BENDAWALD_FILTER_066033

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Tue, 06 Apr 2021 18:16:03 -0400 |
| **Attachments:** | IMG_3913.jpg (102.85 kB); attachment.txt (80 bytes); IMG_3914.jpg (109.96 kB); attachment.txt (80 bytes); IMG_3915.jpg (67.64 kB); attachment.txt (80 bytes); IMG_3916.jpg (96.51 kB); attachment.txt (99 bytes) |

Total Control Panel                                                                                               Login

To: rbendawald@cityofcaldwell.org  Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_065739

BENDAWALD_FILTER_065705



BENDAWALD_065740
BENDAWALD_FILTER_065706



EXHIBIT_FIVE_095

BENDAWALD_065742
BENDAWALD_FILTER_065708



BENDAWALD_065744
BENDAWALD_FILTER_065710



BENDAWALD_065746
BENDAWALD_FILTER_065712

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Tue, 02 Mar 2021 21:12:17 -0500 |
| **Attachments:** | IMG_3795.jpg (94.81 kB); attachment.txt (80 bytes); IMG_3796.jpg (74.69 kB); attachment.txt (80 bytes); IMG_3797.jpg (93.74 kB); attachment.txt (99 bytes) |

Total Control Panel                                                                                    Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_060792
BENDAWALD_FILTER_060758



EXHIBIT_FIVE_099

BENDAWALD_060793
BENDAWALD_FILTER_060759



BENDAWALD_060795
BENDAWALD_FILTER_060761



BENDAWALD_060796
BENDAWALD_FILTER_060762

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 2/22/2021 10:27:59 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; IMG_3756.jpg; IMG_3757.jpg; IMG_3758.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_102

BENDAWALD_010507

BENDAWALD_FILTER_010493



EXHIBIT_FIVE_103

BENDAWALD_010511
BENDAWALD_FILTER_010497



EXHIBIT_FIVE_104

BENDAWALD_010512
BENDAWALD_FILTER_010498



EXHIBIT_FIVE_105

BENDAWALD_010513
BENDAWALD_FILTER_010499

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **CC:** | Peter Troyer |
| **Sent:** | 2/22/2021 10:27:43 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; IMG_3759.jpg; IMG_3760.jpg; IMG_3761.jpg; IMG_3762.jpg |

**Total Control Panel**                                                                                          Login

To: rbendawald@cityofcaldwell.org        Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_106

BENDAWALD_010489

BENDAWALD_FILTER_010475





EXHIBIT_FIVE_108

BENDAWALD_010495
BENDAWALD_FILTER_010481



EXHIBIT_FIVE_109

BENDAWALD_010496
BENDAWALD_FILTER_010482



EXHIBIT_FIVE_110

BENDAWALD_010497

| From: | Ryan Bendawald <rbendawald@gmail.com> |
|---|---|
| To: | Ryan Bendawald |
| Sent: | 2/17/2021 4:19:09 PM |
| Subject: | |
| Attachments: | attachment.txt; IMG_3745.jpg |

**Total Control Panel**                                                                                   Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_111

BENDAWALD_009939

BENDAWALD_FILTER_009925



EXHIBIT_FIVE_112

BENDAWALD_009941

BENDAWALD_FILTER_009927

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 2/17/2021 10:48:14 AM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; IMG_3741.jpg; IMG_3742.jpg; IMG_3743.jpg; IMG_3744.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list

From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_113

BENDAWALD_009885

BENDAWALD_FILTER_009871



BENDAWALD_009890
BENDAWALD_FILTER_009876



EXHIBIT_FIVE_115

BENDAWALD_009891
BENDAWALD_FILTER_009877



BENDAWALD_009892

BENDAWALD_FILTER_009878



EXHIBIT_FIVE_117

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 2/17/2021 10:47:55 AM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; IMG_3739.jpg; IMG_3740.jpg |

---

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_118



BENDAWALD_009883
BENDAWALD_FILTER_009869



EXHIBIT_FIVE_120

BENDAWALD_009884
BENDAWALD_FILTER_009870

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 1/28/2021 12:18:11 AM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; IMG_3672.jpg; IMG_3673.jpg; IMG_3674.jpg |

**Total Control Panel**                                                                                                Login

To: rbendawald@cityofcaldwell.org          Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_121

BENDAWALD_007733
BENDAWALD_FILTER_007719





EXHIBIT_FIVE_123

BENDAWALD_007738

BENDAWALD_FILTER_007724



EXHIBIT_FIVE_124

BENDAWALD_007739
BENDAWALD_FILTER_007725

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 1/23/2021 4:36:11 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; IMG_3660.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list

From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

**EXHIBIT_FIVE_125**

BENDAWALD_007427

BENDAWALD_FILTER_007413

EXHIBIT_FIVE_126

BENDAWALD_007429
BENDAWALD_FILTER_007415

| From: | Ryan Bendawald <rbendawald@gmail.com> |
|---|---|
| To: | Ryan Bendawald |
| Sent: | 1/20/2021 5:44:20 PM |
| Subject: | |
| Attachments: | attachment.txt; attachment1.txt; IMG_3653.jpg; IMG_3654.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org      Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_007062
BENDAWALD_FILTER_007048



BENDAWALD_007065
BENDAWALD_FILTER_007051



EXHIBIT_FIVE_129

BENDAWALD_007066
BENDAWALD_FILTER_007052

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 1/8/2021 11:05:25 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; attachment5.txt; attachment6.txt; attachment7.txt; IMG_3587.jpg; IMG_3588.jpg; IMG_3589.jpg; IMG_3590.jpg; IMG_3591.jpg; IMG_3592.jpg; IMG_3593.jpg; IMG_3594.jpg |

**Total Control Panel**                                                                                 Login

To: rbendawald@cityofcaldwell.org       Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_006187
BENDAWALD_FILTER_006175



EXHIBIT_FIVE_131

BENDAWALD_006196
BENDAWALD_FILTER_006184



EXHIBIT_FIVE_132

BENDAWALD_006197
BENDAWALD_FILTER_006185



EXHIBIT_FIVE_133

BENDAWALD_006198
BENDAWALD_FILTER_006186



EXHIBIT_FIVE_134

BENDAWALD_006199
BENDAWALD_FILTER_006187



EXHIBIT_FIVE_135

BENDAWALD_006200
BENDAWALD_FILTER_006188



EXHIBIT_FIVE_136

BENDAWALD_006201
BENDAWALD_FILTER_006189



EXHIBIT_FIVE_137

BENDAWALD_006202
BENDAWALD_FILTER_006190



EXHIBIT_FIVE_138

BENDAWALD_006203
BENDAWALD_FILTER_006191

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 1/7/2021 6:06:12 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; IMG_3580.jpg; IMG_3581.jpg; IMG_3582.jpg; IMG_3583.jpg; IMG_3584.jpg |

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org        Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_006100
BENDAWALD_FILTER_006088



BENDAWALD_006106
BENDAWALD_FILTER_006094



BENDAWALD_006107

BENDAWALD_FILTER_006095



EXHIBIT_FIVE_142

BENDAWALD_006108
BENDAWALD_FILTER_006096



BENDAWALD_006109
BENDAWALD_FILTER_006097



BENDAWALD_006110
BENDAWALD_FILTER_006098

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 12/29/2020 7:55:35 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; IMG_3542.jpg; IMG_3543.jpg |

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_145

BENDAWALD_004777
BENDAWALD_FILTER_004765



EXHIBIT_FIVE_146

BENDAWALD_004780

BENDAWALD_FILTER_004768



BENDAWALD_004781
BENDAWALD_FILTER_004769

| From: | Ryan Bendawald <rbendawald@gmail.com> |
|---|---|
| To: | Ryan Bendawald |
| Sent: | 12/19/2020 3:03:31 PM |
| Subject: | |
| Attachments: | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; attachment5.txt; attachment6.txt; attachment7.txt; IMG_3490.jpg; IMG_3491.jpg; IMG_3492.jpg; IMG_3493.jpg; IMG_3494.jpg; IMG_3495.jpg; IMG_3496.jpg; IMG_3497.jpg |

---

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org      Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_003976

BENDAWALD_FILTER_003964



BENDAWALD_003985
BENDAWALD_FILTER_003973



EXHIBIT_FIVE_150

BENDAWALD_003986
BENDAWALD_FILTER_003974



EXHIBIT_FIVE_151

BENDAWALD_003987
BENDAWALD_FILTER_003975



EXHIBIT_FIVE_152

BENDAWALD_003988
BENDAWALD_FILTER_003976



EXHIBIT_FIVE_153

BENDAWALD_003989
BENDAWALD_FILTER_003977



EXHIBIT_FIVE_154

BENDAWALD_003990

BENDAWALD_FILTER_003978



BENDAWALD_003991
BENDAWALD_FILTER_003979



EXHIBIT_FIVE_156

BENDAWALD_003992

BENDAWALD_FILTER_003980

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 12/17/2020 6:49:09 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; attachment5.txt; attachment6.txt; attachment7.txt; attachment8.txt; attachment9.txt; attachment10.txt; attachment11.txt; attachment12.txt; attachment13.txt; attachment14.txt; attachment15.txt; attachment16.txt; attachment17.txt; attachment18.txt; IMG_3465.jpg; IMG_3466.jpg; IMG_3467.jpg; IMG_3468.jpg; IMG_3469.jpg; IMG_3470.jpg; IMG_3471.jpg; IMG_3472.jpg; IMG_3473.jpg; IMG_3474.jpg; IMG_3475.jpg; IMG_3476.jpg; IMG_3477.jpg; IMG_3478.jpg; IMG_3479.jpg; IMG_3480.jpg; IMG_3481.jpg; IMG_3482.jpg; IMG_3483.jpg |

**Total Control Panel**                                                                                          Login

To: rbendawald@cityofcaldwell.org       Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_003834

BENDAWALD_FILTER_003822



EXHIBIT_FIVE_158

BENDAWALD_003854
BENDAWALD_FILTER_003842



EXHIBIT_FIVE_159

BENDAWALD_003855
BENDAWALD_FILTER_003843



BENDAWALD_003856
BENDAWALD_FILTER_003844



EXHIBIT_FIVE_161

BENDAWALD_003857
BENDAWALD_FILTER_003845



EXHIBIT_FIVE_162

BENDAWALD_003858
BENDAWALD_FILTER_003846



EXHIBIT_FIVE_163

BENDAWALD_003859
BENDAWALD_FILTER_003847



EXHIBIT_FIVE_164

BENDAWALD_003860
BENDAWALD_FILTER_003848



BENDAWALD_003861

BENDAWALD_FILTER_003849



BENDAWALD_003862
BENDAWALD_FILTER_003850



EXHIBIT_FIVE_167

BENDAWALD_003863
BENDAWALD_FILTER_003851



EXHIBIT_FIVE_168

BENDAWALD_003864
BENDAWALD_FILTER_003852



BENDAWALD_003865
BENDAWALD_FILTER_003853



EXHIBIT_FIVE_170

BENDAWALD_003866
BENDAWALD_FILTER_003854



EXHIBIT_FIVE_171

BENDAWALD_003867
BENDAWALD_FILTER_003855



EXHIBIT_FIVE_172

BENDAWALD_003868
BENDAWALD_FILTER_003856



BENDAWALD_003869

BENDAWALD_FILTER_003857



BENDAWALD_003870
BENDAWALD_FILTER_003858



EXHIBIT_FIVE_175

BENDAWALD_003871
BENDAWALD_FILTER_003859



BENDAWALD_003872
BENDAWALD_FILTER_003860

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 12/15/2020 2:59:59 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; IMG_3457.jpg; IMG_3458.jpg; IMG_3459.jpg |

**Total Control Panel**                                                                                        Login

To: rbendawald@cityofcaldwell.org          Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_177

BENDAWALD_003675
BENDAWALD_FILTER_003663

BENDAWALD_003679

BENDAWALD_FILTER_003667



EXHIBIT_FIVE_178



BENDAWALD_003680
BENDAWALD_FILTER_003668

EXHIBIT_FIVE_179



BENDAWALD_003681
BENDAWALD_FILTER_003669

EXHIBIT_FIVE_180

| From: | Ryan Bendawald <rbendawald@gmail.com> |
|---|---|
| To: | Ryan Bendawald |
| Sent: | 12/11/2020 2:01:09 AM |
| Subject: | |
| Attachments: | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; IMG_3442.jpg; IMG_3443.jpg; IMG_3444.jpg; IMG_3445.jpg; IMG_3446.jpg |

**Total Control Panel**

Login

To: rbendawald@cityofcaldwell.org          Remove this sender from my allow list

From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_181

BENDAWALD_003390

BENDAWALD_FILTER_003378



EXHIBIT_FIVE_182

BENDAWALD_003396
BENDAWALD_FILTER_003384



EXHIBIT_FIVE_183

BENDAWALD_003397
BENDAWALD_FILTER_003385



BENDAWALD_003398

BENDAWALD_FILTER_003386



EXHIBIT_FIVE_185

BENDAWALD_003399

BENDAWALD_FILTER_003387



EXHIBIT_FIVE_186

**From:** Ryan Bendawald <rbendawald@gmail.com>
**To:** Ryan Bendawald
**Sent:** 12/9/2020 3:41:58 AM
**Subject:**
**Attachments:** attachment.txt; IMG_3437.jpg

Total Control Panel                                                    Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_003258

BENDAWALD_FILTER_003246



EXHIBIT_FIVE_188

BENDAWALD_003260
BENDAWALD_FILTER_003248

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 12/8/2020 9:27:21 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; IMG_3435.jpg; IMG_3436.jpg |

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org     Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_003249
BENDAWALD_FILTER_003237



EXHIBIT_FIVE_190

BENDAWALD_003252
BENDAWALD_FILTER_003240



EXHIBIT_FIVE_191

BENDAWALD_003253
BENDAWALD_FILTER_003241

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald |
| **Sent:** | 12/1/2020 11:27:24 PM |
| **Subject:** | |
| **Attachments:** | attachment.txt; attachment1.txt; attachment2.txt; attachment3.txt; attachment4.txt; attachment5.txt; IMG_3405.jpg; IMG_3406.jpg; IMG_3407.jpg; IMG_3408.jpg; IMG_3409.jpg; IMG_3410.jpg |

---

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org      Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_192

BENDAWALD_002410

BENDAWALD_FILTER_002398



EXHIBIT_FIVE_193

BENDAWALD_002417



EXHIBIT_FIVE_194

BENDAWALD_002418



BENDAWALD_002419
BENDAWALD_FILTER_002407

EXHIBIT_FIVE_195



BENDAWALD_002420

BENDAWALD_FILTER_002408

EXHIBIT_FIVE_196



BENDAWALD_002421

EXHIBIT_FIVE_197



BENDAWALD_002422
BENDAWALD_FILTER_002410

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Mon, 30 Mar 2020 23:36:27 -0400 |
| **Attachments:** | IMG_2404.jpg (96.51 kB); attachment.txt (77 bytes); IMG_2405.jpg (73.58 kB); attachment.txt (77 bytes); IMG_2406.jpg (80.66 kB); attachment.txt (96 bytes) |

Total Control Panel                                                                        Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*



BENDAWALD_060539
BENDAWALD_FILTER_060505



BENDAWALD_060541
BENDAWALD_FILTER_060507



BENDAWALD_060542
BENDAWALD_FILTER_060508

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Tue, 17 Mar 2020 20:41:17 -0400 |
| **Attachments:** | IMG_2349.jpg (89.59 kB); attachment.txt (77 bytes); IMG_2350.jpg (49.49 kB); attachment.txt (77 bytes); IMG_2351.jpg (79.63 kB); attachment.txt (77 bytes); IMG_2355.jpg (62.5 kB); attachment.txt (77 bytes); IMG_2356.jpg (84.23 kB); attachment.txt (77 bytes); IMG_2357.jpg (65.57 kB); attachment.txt (77 bytes); IMG_2358.jpg (52.91 kB); attachment.txt (96 bytes) |

Total Control Panel                                                                 Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_059768

BENDAWALD_FILTER_059734



BENDAWALD_059769
BENDAWALD_FILTER_059735



BENDAWALD_059771
BENDAWALD_FILTER_059737



BENDAWALD_059772
BENDAWALD_FILTER_059738



EXHIBIT_FIVE_207

BENDAWALD_059773
BENDAWALD_FILTER_059739



BENDAWALD_059774
BENDAWALD_FILTER_059740



BENDAWALD_059775
BENDAWALD_FILTER_059741



BENDAWALD_059776
BENDAWALD_FILTER_059742

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Wed, 04 Mar 2020 03:58:27 -0500 |
| **Attachments:** | IMG_2278.jpg (95.14 kB); attachment.txt (77 bytes); IMG_2279.jpg (82.65 kB); attachment.txt (96 bytes) |

**Total Control Panel**                                                                 Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_059047
BENDAWALD_FILTER_059013



BENDAWALD_059048
BENDAWALD_FILTER_059014



BENDAWALD_059050
BENDAWALD_FILTER_059016

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Fri, 21 Feb 2020 16:49:07 -0500 |
| **Attachments:** | IMG_2241.jpg (59.98 kB); attachment.txt (77 bytes); IMG_2242.jpg (58.27 kB); attachment.txt (96 bytes) |

**Total Control Panel**                                                                                 Login

To: rbendawald@cityofcaldwell.org  Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_058413
BENDAWALD_FILTER_058379



BENDAWALD_058414
BENDAWALD_FILTER_058380



BENDAWALD_058416
BENDAWALD_FILTER_058382

# Kings car

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Sun, 16 Feb 2020 14:27:48 -0500 |
| **Attachments:** | IMG_2182.jpg (84.82 kB); attachment.txt (77 bytes); IMG_2183.jpg (86.32 kB); attachment.txt (77 bytes); IMG_2184.jpg (127.11 kB); attachment.txt (96 bytes) |

Total Control Panel                                                                                  Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_058139
BENDAWALD_FILTER_058105



BENDAWALD_058140
BENDAWALD_FILTER_058106



BENDAWALD_058142
BENDAWALD_FILTER_058108



BENDAWALD_058143
BENDAWALD_FILTER_058109

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**  Ryan Bendawald
**Sent:**   Mon 12/16/2019 6:15:49 PM
IMG_1866.jpg
attachment.txt
IMG_1867.jpg
attachment.txt
IMG_1868.jpg
attachment.txt
IMG_1869.jpg
attachment.txt
IMG_1870.jpg
attachment.txt
IMG_1871.jpg
attachment.txt
IMG_1872.jpg
attachment.txt
IMG_1873.jpg
attachment.txt
IMG_1874.jpg
attachment.txt
IMG_1875.jpg
attachment.txt
IMG_1876.jpg
attachment.txt
IMG_1877.jpg
attachment.txt

---

**Total Control Panel**                                     Login

To:                     Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_221



BENDAWALD_FILTER_038318



BENDAWALD_FILTER_038319



BENDAWALD_FILTER_038320



BENDAWALD_FILTER_038321



BENDAWALD_FILTER_038322



BENDAWALD_FILTER_038323



BENDAWALD_FILTER_038324

EXHIBIT_FIVE_228



BENDAWALD_FILTER_038325



BENDAWALD_FILTER_038326

EXHIBIT_FIVE_230



BENDAWALD_FILTER_038327



BENDAWALD_FILTER_038328



BENDAWALD_FILTER_038329

**To:**        Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**      Ryan Bendawald
**Sent:**      Wed 12/11/2019 9:30:10 PM
IMG_1843.jpg
attachment.txt
IMG_1844.jpg
attachment.txt
IMG_1845.jpg
attachment.txt
IMG_1846.jpg
attachment.txt
IMG_1847.jpg
attachment.txt
IMG_1848.jpg
attachment.txt

---

**Total Control Panel**                                                          Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com
*You received this message because the sender is on your allow list.*



BENDAWALD_FILTER_038008

EXHIBIT_FIVE_235



BENDAWALD_FILTER_038009



BENDAWALD_FILTER_038010



BENDAWALD_FILTER_038011



BENDAWALD_FILTER_038012



BENDAWALD_FILTER_038013

EXHIBIT_FIVE_240

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Mon 12/9/2019 9:01:07 PM
IMG_1819.jpg
attachment.txt
IMG_1820.jpg
attachment.txt
IMG_1821.jpg
attachment.txt
IMG_1822.jpg
attachment.txt
IMG_1823.jpg
attachment.txt
IMG_1824.jpg
attachment.txt
IMG_1825.jpg
attachment.txt
IMG_1826.jpg
attachment.txt

---

Total Control Panel                                                                                                    Login

To:                                Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_037750



BENDAWALD_FILTER_037751



BENDAWALD_FILTER_037752



BENDAWALD_FILTER_037763

EXHIBIT_FIVE_244



BENDAWALD_FILTER_037754



BENDAWALD_FILTER_037755



BENDAWALD_FILTER_037756



BENDAWALD_FILTER_037757



BENDAWALD_FILTER_037758

EXHIBIT_FIVE_249

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Wed 12/4/2019 11:48:59 PM
IMG_1802.jpg
attachment.txt
IMG_1803.jpg
attachment.txt
IMG_1804.jpg
attachment.txt
IMG_1805.jpg
attachment.txt

---

Total Control Panel                                                                                       Login

To:                            Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_037464



BENDAWALD_FILTER_037465



BENDAWALD_FILTER_037466



BENDAWALD_FILTER_037467

EXHIBIT_FIVE_253



BENDAWALD_FILTER_037468

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Tue 12/3/2019 10:56:31 PM
IMG_1741.jpg
attachment.txt
IMG_1742.jpg
attachment.txt
IMG_1743.jpg
attachment.txt
IMG_1744.jpg
attachment.txt

---

**Total Control Panel**                                                                    Login

To:                      Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_255



BENDAWALD_FILTER_037395

EXHIBIT_FIVE_256



BENDAWALD_FILTER_037396



BENDAWALD_FILTER_037397



BENDAWALD_FILTER_037398

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**  Ryan Bendawald
**Sent:**   Sun 11/24/2019 4:04:41 PM
IMG_1710.jpg
attachment.txt
IMG_1711.jpg
attachment.txt

---

**Total Control Panel**

To:             Remove this sender from my allow list         Login
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_036678



BENDAWALD_FILTER_036679

EXHIBIT_FIVE_261



BENDAWALD_FILTER_036680

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Wed 11/6/2019 12:39:12 PM
IMG_1631.jpg
attachment.txt
IMG_1632.jpg
attachment.txt
IMG_1633.jpg
attachment.txt

---

**Total Control Panel**                                                                    Login

To:                            Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_035547



BENDAWALD_FILTER_035548

EXHIBIT_FIVE_264



BENDAWALD_FILTER_035549



BENDAWALD_FILTER_035550

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**    Tue 11/5/2019 11:44:45 PM
IMG_1626.jpg
attachment.txt
IMG_1627.jpg
attachment.txt
IMG_1628.jpg
attachment.txt
IMG_1629.jpg
attachment.txt
IMG_1630.jpg
attachment.txt

---

**Total Control Panel**                                                                                  Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_267



BENDAWALD_FILTER_035499

EXHIBIT_FIVE_268



BENDAWALD_FILTER_035500



BENDAWALD_FILTER_035501



BENDAWALD_FILTER_035502



BENDAWALD_FILTER_035503

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Tue 10/8/2019 2:06:14 AM
IMG_1483.jpg
attachment.txt

---

**Total Control Panel**                                                      Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_033671



BENDAWALD_FILTER_033672

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Tue 10/8/2019 1:19:45 AM
IMG_1482.jpg
attachment.txt

---

Total Control Panel                                                                                              Login

To:                        Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_033662



BENDAWALD_FILTER_033663

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Wed 10/2/2019 3:44:54 AM
IMG_1440.jpg
attachment.txt
IMG_1441.jpg
attachment.txt
IMG_1442.jpg
attachment.txt
IMG_1443.jpg
attachment.txt
IMG_1444.jpg
attachment.txt
IMG_1445.jpg
attachment.txt
IMG_1446.jpg
attachment.txt

---

**Total Control Panel**                                                      Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_033391



BENDAWALD_FILTER_033392



BENDAWALD_FILTER_033393



BENDAWALD_FILTER_033394



BENDAWALD_FILTER_033395



BENDAWALD_FILTER_033396



BENDAWALD_FILTER_033397



BENDAWALD_FILTER_033398

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**     Ryan Bendawald
**Sent:**     Mon 9/30/2019 11:26:18 PM
IMG_1447.jpg
attachment.txt
IMG_1448.jpg
attachment.txt

---

**Total Control Panel**                                                                    Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_285



BENDAWALD_FILTER_033226



BENDAWALD_FILTER_033227

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Thur 9/19/2019 2:07:44 PM
IMG_1361.jpg
attachment.txt
IMG_1362.jpg
attachment.txt

---

**Total Control Panel**                                                          Login

To:                      Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_032448



BENDAWALD_FILTER_032449

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Tue 8/27/2019 5:14:12 PM
IMG_2252.JPG
attachment.txt
IMG_2250.JPG
attachment.txt
IMG_2253.JPG
attachment.txt
IMG_2251.JPG
attachment.txt

---

Total Control Panel                                                                 Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*



BENDAWALD_FILTER_057249



BENDAWALD_FILTER_057250

EXHIBIT_FIVE_292



BENDAWALD_FILTER_057251



BENDAWALD_FILTER_057252

EXHIBIT_FIVE_294

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Thur 8/22/2019 11:35:52 PM
IMG_1158.jpg
attachment.txt
IMG_1159.jpg
attachment.txt
IMG_1160.jpg
attachment.txt

---

**Total Control Panel**                                                    Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_295



BENDAWALD_FILTER_057049

EXHIBIT_FIVE_296



BENDAWALD_FILTER_057050

EXHIBIT_FIVE_297



BENDAWALD_FILTER_057051

EXHIBIT_FIVE_298

**To:** Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:** Ryan Bendawald
**Sent:** Thur 8/22/2019 11:36:28 PM
IMG_1171.jpg
attachment.txt
IMG_1172.jpg
attachment.txt
IMG_1173.jpg
attachment.txt
IMG_1174.jpg
attachment.txt
IMG_1175.jpg
attachment.txt
IMG_1176.jpg
attachment.txt
IMG_1177.jpg
attachment.txt
IMG_1178.jpg
attachment.txt

---

**Total Control Panel**                                                                 Login

To:                        Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_057053



BENDAWALD_FILTER_057054



BENDAWALD_FILTER_057055







BENDAWALD_FILTER_057058

EXHIBIT_FIVE_304



BENDAWALD_FILTER_057059



BENDAWALD_FILTER_057060



**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Tue 8/20/2019 3:09:30 PM
**Subject:** IMG_6637.jpeg
IMG_6637.jpeg
attachment.txt

---

Total Control Panel                                                    Login

To:                    Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_308



BENDAWALD_FILTER_056838

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Mon 8/12/2019 2:47:50 PM
IMG_1093.jpg
attachment.txt
IMG_1094.jpg
attachment.txt
IMG_1095.jpg
attachment.txt

---

**Total Control Panel**                                                    Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_056180



BENDAWALD_FILTER_056181



BENDAWALD_FILTER_056182



BENDAWALD_FILTER_056183

EXHIBIT_FIVE_313

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**    Wed 7/31/2019 4:29:07 AM
IMG_1041.jpg
attachment.txt
IMG_1042.jpg
attachment.txt
IMG_1043.jpg
attachment.txt
IMG_1044.jpg
attachment.txt

---

Total Control Panel                            Login

To:                Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_314



BENDAWALD_FILTER_054933

EXHIBIT_FIVE_315



BENDAWALD_FILTER_054934



BENDAWALD_FILTER_054935



BENDAWALD_FILTER_054936

EXHIBIT_FIVE_318

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Tue 7/23/2019 8:33:50 PM
IMG_1005.jpg
attachment.txt
IMG_1006.jpg
attachment.txt

---

Total Control Panel                                                                                          Login

To:                              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_319



BENDAWALD_FILTER_054309



BENDAWALD_FILTER_054310

**To:** tlanham@cityofcaldwell.org[tlanham@cityofcaldwell.org]
**From:** Ryan Bendawald
**Sent:** Tue 7/16/2019 9:17:40 AM
**Subject:** 19-22854
IMG_0923.jpg
attachment.txt
IMG_0924.jpg
attachment.txt
IMG_0925.jpg
attachment.txt
IMG_0926.jpg
attachment.txt
IMG_0927.jpg
attachment.txt
IMG_0928.jpg
attachment.txt
IMG_0929.jpg
attachment.txt
IMG_0930.jpg
attachment.txt

---

Total Control Panel                                                                      Login

To:                          Message Score: 2                          High (60): Pass
tlanham@cityofcaldwell.org   My Spam Blocking Level: High              Medium (75): Pass
From:                                                                   Low (90): Pass
rbendawald@gmail.com         Block this sender
                             Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

EXHIBIT_FIVE_322

BENDAWALD_FILTER_053717



BENDAWALD_FILTER_053718

EXHIBIT_FIVE_323



BENDAWALD_FILTER_053719



BENDAWALD_FILTER_053720



BENDAWALD_FILTER_053721



BENDAWALD_FILTER_053722

EXHIBIT_FIVE_327



BENDAWALD_FILTER_053723



BENDAWALD_FILTER_053724

EXHIBIT_FIVE_329



BENDAWALD_FILTER_053725

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sat 6/29/2019 11:31:53 PM
IMG_0839.jpg
attachment.txt
IMG_0840.jpg
attachment.txt
IMG_0841.jpg
attachment.txt

---

Total Control Panel                                                           Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_052928



BENDAWALD_FILTER_052929

EXHIBIT_FIVE_332



BENDAWALD_FILTER_052930

EXHIBIT_FIVE_333



BENDAWALD_FILTER_052931

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sun 6/23/2019 8:25:56 AM
IMG_0770.jpg
attachment.txt
IMG_0771.jpg
attachment.txt
IMG_0772.jpg
attachment.txt
IMG_0773.jpg
attachment.txt
IMG_0774.jpg
attachment.txt
IMG_0775.jpg
attachment.txt
IMG_0776.jpg
attachment.txt
IMG_0777.jpg
attachment.txt
IMG_0778.jpg
attachment.txt
IMG_0779.jpg
attachment.txt
IMG_0780.jpg
attachment.txt
IMG_0781.jpg
attachment.txt
IMG_0782.jpg
attachment.txt

Total Control Panel                                                                                 Login

To:                              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_335



BENDAWALD_FILTER_052395



BENDAWALD_FILTER_052396

EXHIBIT_FIVE_337



BENDAWALD_FILTER_052397



BENDAWALD_FILTER_052398



BENDAWALD_FILTER_052399



BENDAWALD_FILTER_052400

EXHIBIT_FIVE_341



BENDAWALD_FILTER_052401



BENDAWALD_FILTER_052402



BENDAWALD_FILTER_052403



BENDAWALD_FILTER_052404

EXHIBIT_FIVE_345



BENDAWALD_FILTER_052405



BENDAWALD_FILTER_052406

EXHIBIT_FIVE_347



BENDAWALD_FILTER_052407

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Thur 6/20/2019 9:27:28 AM
IMG_0749.jpg
attachment.txt
IMG_0750.jpg
attachment.txt
IMG_0751.jpg
attachment.txt

---

**Total Control Panel**                                                    Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_349



BENDAWALD_FILTER_052222



BENDAWALD_FILTER_052223



BENDAWALD_FILTER_052224

**To:** Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:** Ryan Bendawald
**Sent:** Sun 6/16/2019 11:08:17 PM
IMG_0717.jpg
attachment.txt
IMG_0718.jpg
attachment.txt
IMG_0719.jpg
attachment.txt
IMG_0720.jpg
attachment.txt
IMG_0721.jpg
attachment.txt
IMG_0722.jpg
attachment.txt
IMG_0723.jpg
attachment.txt
IMG_0724.jpg
attachment.txt
IMG_0727.jpg
attachment.txt

**Total Control Panel** Login

To:
rbendawald@cityofcaldwell.org Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_353



BENDAWALD_FILTER_051639

EXHIBIT_FIVE_354



BENDAWALD_FILTER_051640



BENDAWALD_FILTER_051641



BENDAWALD_FILTER_051642

EXHIBIT_FIVE_357



BENDAWALD_FILTER_051643



BENDAWALD_FILTER_051644



BENDAWALD_FILTER_051645



BENDAWALD_FILTER_051646



BENDAWALD_FILTER_051647

EXHIBIT_FIVE_362

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sat 6/15/2019 9:20:41 AM
IMG_0713.jpg
attachment.txt

---

Total Control Panel                                                                          Login

To:                        Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_363

BENDAWALD_FILTER_051613



BENDAWALD_FILTER_051614

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**    Thur 6/13/2019 11:20:57 AM
IMG_0694.jpg
attachment.txt
IMG_0695.jpg
attachment.txt
IMG_0696.jpg
attachment.txt
IMG_0697.jpg
attachment.txt

---

**Total Control Panel**                                                        Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_051471



BENDAWALD_FILTER_051472

EXHIBIT_FIVE_366



BENDAWALD_FILTER_051473



BENDAWALD_FILTER_051474



BENDAWALD_FILTER_051475

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Fri 6/7/2019 9:31:48 AM
IMG_0648.jpg
attachment.txt
IMG_0649.jpg
attachment.txt

---

**Total Control Panel**

To:                                      Remove this sender from my allow list               Login
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_051140



BENDAWALD_FILTER_051141



BENDAWALD_FILTER_051142

**To:**   sking@cityofcaldwell.org[sking@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Tue 6/4/2019 7:30:49 AM
IMG_0621.jpg
attachment.txt
IMG_0622.jpg
attachment.txt
IMG_0623.jpg
attachment.txt
IMG_0624.jpg
attachment.txt
IMG_0625.jpg
attachment.txt
IMG_0626.jpg
attachment.txt
IMG_0627.jpg
attachment.txt

---

**Total Control Panel**                                                          Login

To:                          Message Score: 2                    High (60): Pass
sking@cityofcaldwell.org     My Spam Blocking Level: High         Medium (75): Pass
From:                                                             Low (90): Pass
rbendawald@gmail.com         Block this sender
                             Block gmail.com

*This message was delivered because the content filter score did not exceed your filter level.*

EXHIBIT_FIVE_373



BENDAWALD_FILTER_050907



BENDAWALD_FILTER_050908



BENDAWALD_FILTER_050909

EXHIBIT_FIVE_376



BENDAWALD_FILTER_050910



BENDAWALD_FILTER_050911

EXHIBIT_FIVE_378



BENDAWALD_FILTER_050912

EXHIBIT_FIVE_379



BENDAWALD_FILTER_050913

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sun 5/19/2019 8:38:48 AM
IMG_0514.jpg
attachment.txt
IMG_0515.jpg
attachment.txt
IMG_0517.jpg
attachment.txt
IMG_0518.jpg
attachment.txt
IMG_0519.jpg
attachment.txt
IMG_0520.jpg
attachment.txt
IMG_0521.jpg
attachment.txt
IMG_0522.jpg
attachment.txt
IMG_0523.jpg
attachment.txt

---

**Total Control Panel**                                                                    Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_381



BENDAWALD_FILTER_049861



BENDAWALD_FILTER_049862



BENDAWALD_FILTER_049863

EXHIBIT_FIVE_384



BENDAWALD_FILTER_049864

EXHIBIT_FIVE_385



BENDAWALD_FILTER_049865

EXHIBIT_FIVE_386



BENDAWALD_FILTER_049866

EXHIBIT_FIVE_387



BENDAWALD_FILTER_049867



BENDAWALD_FILTER_049868



BENDAWALD_FILTER_049869

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sun 5/5/2019 8:18:26 AM
IMG_0431.jpg
attachment.txt
IMG_0432.jpg
attachment.txt
IMG_0433.jpg
attachment.txt
IMG_0434.jpg
attachment.txt
IMG_0435.jpg
attachment.txt
IMG_0436.jpg
attachment.txt
IMG_0437.jpg
attachment.txt
IMG_0438.jpg
attachment.txt
IMG_0439.jpg
attachment.txt

Total Control Panel                                                                                  Login

To:                              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com
*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_391



BENDAWALD_FILTER_048723



BENDAWALD_FILTER_048724

EXHIBIT_FIVE_393



BENDAWALD_FILTER_048725

EXHIBIT_FIVE_394



BENDAWALD_FILTER_048726

FEDERAL D... BOISE OFFICE

February 1, 2019

Re:   *United States v.*
      Case No.

Dear

Enclosed please find a copy of the discovery documents (Pages 01-17 ) that have been provided by the Government in connection with your above referenced case. The discovery is the evidence that the Government will use in their case to try to prove the pending charge(s). Please note that certain pages either have been withheld or have been redacted, these pages can contain either sensitive and/or non-pertinent information(s). We strongly advise you do not allow your discovery to be viewed by anyone other than yourself and that you not discuss your matter with anyone prior to speaking with your attorney, Melissa Winberg. Soon thereafter the receipt of this letter and enclosed documents your attorney will set up a time to meet with you to discuss your case and your discovery in detail. You may contact our office at (208) 331-5500 if you have any question.

Cordially,

Federal Defender

/em
Enclosure   Discovery (01-17)
cc: file



BENDAWALD_FILTER_048727

EXHIBIT_FIVE_396



BENDAWALD_FILTER_048728

EXHIBIT_FIVE_397



BENDAWALD_FILTER_048729

EXHIBIT_FIVE_398



BENDAWALD_FILTER_048730

EXHIBIT_FIVE_399



BENDAWALD_FILTER_048731

EXHIBIT_FIVE_400

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**    Sat 5/11/2019 7:29:51 AM
IMG_0465.jpg
attachment.txt
IMG_0466.jpg
attachment.txt
IMG_0467.jpg
attachment.txt
IMG_0468.jpg
attachment.txt

---

**Total Control Panel**                                    Login

To:              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_049086



BENDAWALD_FILTER_049087

EXHIBIT_FIVE_402



BENDAWALD_FILTER_049088

EXHIBIT_FIVE_403



BENDAWALD_FILTER_049089

EXHIBIT_FIVE_404



Cost of Supervision

PAYMENT

Reminder

Offender: _____

IDOC# 104652

This letter is being sent to you requiring you to attend a payment office a

beginning at 5:00 PM. COS is a Court ordered/Parole Agreement ordered

pay monthly and keep current. This is not only a condition of your proba

law (IC 20-225). This is a mandatory meeting and must be attended with

BENDAWALD_FILTER_049090

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sat 5/4/2019 12:36:29 AM
IMG_0417.jpg
attachment.txt
IMG_0418.jpg
attachment.txt
IMG_0419.jpg
attachment.txt
IMG_0420.jpg
attachment.txt
IMG_0421.jpg
attachment.txt
IMG_0422.jpg
attachment.txt

---

Total Control Panel                                                                     Login

To:                        Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com
*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_048678



BENDAWALD_FILTER_048679



BENDAWALD_FILTER_048680

EXHIBIT_FIVE_408



BENDAWALD_FILTER_048681



BENDAWALD_FILTER_048682



BENDAWALD_FILTER_048683



BENDAWALD_FILTER_048684

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Fri 5/3/2019 2:48:38 AM
IMG_0412.jpg
attachment.txt
IMG_0413.jpg
attachment.txt
IMG_0414.jpg
attachment.txt

---

**Total Control Panel**                                                      Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_413



BENDAWALD_FILTER_048635

EXHIBIT_FIVE_414



BENDAWALD_FILTER_048637

EXHIBIT_FIVE_415



BENDAWALD_FILTER_048639

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**    Thur 5/2/2019 2:30:54 PM
IMG_0406.jpg
attachment.txt
IMG_0407.jpg
attachment.txt
IMG_0408.jpg
attachment.txt

---

**Total Control Panel**                                               Login

To:              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_417



BENDAWALD_FILTER_048602

EXHIBIT_FIVE_418



BENDAWALD_FILTER_048604



BENDAWALD_FILTER_048606

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Sun 4/28/2019 5:16:27 AM
IMG_0387.jpg
attachment.txt
IMG_0388.jpg
attachment.txt

---

Total Control Panel                                                                    Login

To:                           Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_048393



BENDAWALD_FILTER_048394

EXHIBIT_FIVE_422



BENDAWALD_FILTER_048395

EXHIBIT_FIVE_423

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**  Ryan Bendawald
**Sent:**   Fri 4/26/2019 10:21:06 AM
IMG_0379.jpg
attachment.txt
IMG_0380.jpg
attachment.txt

---

**Total Control Panel**　　　　　　　　　　　　　　　　　　　　　　　　　　Login

To:            Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_424

BENDAWALD_FILTER_048313



BENDAWALD_FILTER_048314



BENDAWALD_FILTER_048315

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**     Sun 4/21/2019 5:04:54 PM
IMG_0358.jpg
attachment.txt
IMG_0359.jpg
attachment.txt

---

**Total Control Panel**                                                                                          Login

To:                                   Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_047763



BENDAWALD_FILTER_047764



BENDAWALD_FILTER_047765

EXHIBIT_FIVE_429

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Fri 4/19/2019 9:15:56 AM
IMG_0332.jpg
attachment.txt
IMG_0333.jpg
attachment.txt
IMG_0334.jpg
attachment.txt
IMG_0335.jpg
attachment.txt
IMG_0336.jpg
attachment.txt
IMG_0337.jpg
attachment.txt
IMG_0338.jpg
attachment.txt
IMG_0339.jpg
attachment.txt
IMG_0340.jpg
attachment.txt

---

Total Control Panel                                                                                    Login

To:                              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_430





BENDAWALD_FILTER_047700



BENDAWALD_FILTER_047701



BENDAWALD_FILTER_047702





BENDAWALD_FILTER_047704







BENDAWALD_FILTER_04707

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Fri 4/19/2019 9:17:55 AM
IMG_0341.jpg
attachment.txt

---

Total Control Panel                                                      Login

To:                        Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_047695



BENDAWALD_FILTER_047696

**To:**       Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**     Ryan Bendawald
**Sent:**     Wed 4/3/2019 9:52:51 AM
IMG_0211.jpg
attachment.txt
IMG_0212.jpg
attachment.txt
IMG_0213.jpg
attachment.txt

---

**Total Control Panel**                                                        Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_046937



BENDAWALD_FILTER_046938



BENDAWALD_FILTER_046940



BENDAWALD_FILTER_046941

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Tue 4/2/2019 5:20:27 AM
IMG_0209.jpg
attachment.txt

---

Total Control Panel                                                                                    Login

To:                              Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_046867



BENDAWALD_FILTER_046868

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sun 3/10/2019 12:10:41 AM
IMG_0044.jpg
attachment.txt
IMG_0045.jpg
attachment.txt
IMG_0046.jpg
attachment.txt
IMG_0047.jpg
attachment.txt
IMG_0048.jpg
attachment.txt
IMG_0049.jpg
attachment.txt
IMG_0050.jpg
attachment.txt
IMG_0051.jpg
attachment.txt
IMG_0052.jpg
attachment.txt
IMG_0053.jpg
attachment.txt
IMG_0054.jpg
attachment.txt
IMG_0055.jpg
attachment.txt
IMG_0056.jpg
attachment.txt
IMG_0057.jpg
attachment.txt
IMG_0058.jpg
attachment.txt
IMG_0059.jpg
attachment.txt
IMG_0060.jpg
attachment.txt
IMG_0061.jpg
attachment.txt
IMG_0062.jpg
attachment.txt
IMG_0063.jpg
attachment.txt
IMG_0064.jpg
attachment.txt

---

**Total Control Panel**                                                                 Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com
*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_045700



BENDAWALD_FILTER_045701

EXHIBIT_FIVE_449



BENDAWALD_FILTER_045703



BENDAWALD_FILTER_045704

EXHIBIT_FIVE_451



BENDAWALD_FILTER_045705



BENDAWALD_FILTER_045706

EXHIBIT_FIVE_453



BENDAWALD_FILTER_045707







BENDAWALD_FILTER_045710





BENDAWALD_FILTER_045712



BENDAWALD_FILTER_045713



BENDAWALD_FILTER_045714



BENDAWALD_FILTER_045715



BENDAWALD_FILTER_045716

EXHIBIT_FIVE_463



BENDAWALD_FILTER_045717



BENDAWALD_FILTER_045718



BENDAWALD_FILTER_045719



BENDAWALD_FILTER_045720

EXHIBIT_FIVE_467



**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Sun 3/10/2019 1:40:34 AM
IMG_0065.jpg
attachment.txt
IMG_0066.jpg
attachment.txt
IMG_0067.jpg
attachment.txt
IMG_0068.jpg
attachment.txt

---

Total Control Panel                                                      Login

To:                          Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_045738



BENDAWALD_FILTER_045739



BENDAWALD_FILTER_045740



BENDAWALD_FILTER_045741



BENDAWALD_FILTER_045742

**To:**      Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**    Ryan Bendawald
**Sent:**    Sun 12/9/2018 10:52:13 PM
IMG_6211.JPG
attachment.txt
IMG_6212.JPG
attachment.txt
IMG_6213.JPG
attachment.txt
IMG_6214.JPG
attachment.txt
IMG_6215.JPG
attachment.txt
IMG_6216.JPG
attachment.txt
IMG_6217.JPG
attachment.txt

---

**Total Control Panel**                                                        Login

To:                           Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_039550



BENDAWALD_FILTER_039551



BENDAWALD_FILTER_039552



BENDAWALD_FILTER_039553

EXHIBIT_FIVE_477

| AMOUNT | BALANCE |
|---|---|
| | 0.00 |
| 1,500.00 | 1,500.00 |
| -800.00 | 700.00 |
| -350.00 | 350.00 |

BENDAWALD_FILTER_039554



BENDAWALD_FILTER_039555



BENDAWALD_FILTER_039556

EXHIBIT_FIVE_480



BENDAWALD_FILTER_039557

**To:**     Ryan Bendawald[rbendawald@cityofcaldwell.org]
**From:**   Ryan Bendawald
**Sent:**   Sun 12/9/2018 9:41:22 PM
IMG_6207.JPG
attachment.txt
IMG_6208.JPG
attachment.txt
IMG_6209.JPG
attachment.txt

---

Total Control Panel                                                              Login

To:                        Remove this sender from my allow list
rbendawald@cityofcaldwell.org
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

BENDAWALD_FILTER_039545



BENDAWALD_FILTER_039546



BENDAWALD_FILTER_039547

EXHIBIT_FIVE_484



BENDAWALD_FILTER_039548

# [No Subject]

| | |
|---|---|
| **From:** | Ryan Bendawald <rbendawald@gmail.com> |
| **To:** | Ryan Bendawald <rbendawald@cityofcaldwell.org> |
| **Date:** | Thu, 27 Jul 2017 14:12:27 -0400 |
| **Attachments:** | IMG_3397.JPG (127.84 kB); attachment.txt (77 bytes); IMG_3398.JPG (111.73 kB); attachment.txt (77 bytes); IMG_3399.JPG (118.09 kB); attachment.txt (77 bytes); IMG_3400.JPG (128.19 kB); attachment.txt (77 bytes); IMG_3401.JPG (112.78 kB); attachment.txt (77 bytes); IMG_3402.JPG (122.98 kB); attachment.txt (96 bytes) |

Total Control Panel                                                                                     Login

To: rbendawald@cityofcaldwell.org   Remove this sender from my allow list
From: rbendawald@gmail.com

*You received this message because the sender is on your allow list.*

EXHIBIT_FIVE_486

BENDAWALD_062840

BENDAWALD_FILTER_062806



BENDAWALD_062841
BENDAWALD_FILTER_062807



BENDAWALD_062843
BENDAWALD_FILTER_062809



BENDAWALD_062844
BENDAWALD_FILTER_062810



BENDAWALD_062845
BENDAWALD_FILTER_062811



BENDAWALD_062846
BENDAWALD_FILTER_062812



BENDAWALD_062847
BENDAWALD_FILTER_062813