# [No Subject]

| | |
|---|---|
| From: | Victim Two gmail.com> |
| To: | Ryan Bendawald <rbendawald@gmail.com> |
| Date: | Mon, 28 Jan 2019 00:09:38 +0000 |
| Attachments: | Voice 007.m4a (6.04 MB) |