UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RYAN A. BENDAWALD,<br><br>　　　　　Defendant. | Case No. 1:23-cr-00281-DCN<br><br>**ORDER GRANTING MOTION TO SEAL** |

　　　　The Court has before it a motion filed by the United States of America seeking an order sealing Exhibits 1 through 4 in support of its Response to the Motion to Suppress (Dkt. 63). The four exhibits are excerpts of grand jury testimony, and therefore, subject to the grand jury secrecy protections under the applicable Federal Rules of Criminal Procedure—until ordered otherwise by this Court. *See, e.g.*, Fed. R. Crim. P. 6(e)(6). Finding good cause to file these exhibits under seal, the Court grants the Government's Motion to Seal (Dkt. 64).

　　　　**THEREFORE, IT IS ORDERED** that the Motion to Seal Exhibits 1 through 4 in the Government's Response to the Motion to Suppress (Dkt. 64) is **GRANTED**.

DATED: October 16, 2024

_____
David C. Nye
Chief U.S. District Court Judge