JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

COREY R. AMUNDSON
CHIEF
JORDAN DICKSON, CALIFORNIA STATE BAR NO. 324406
TRIAL ATTORNEY
CRIMINAL DIVISION, PUBLIC INTEGRITY SECTION
1301 NEW YORK AVE. NW, SUITE 1000
WASHINGTON, DISTRICT OF COLUMBIA 20530

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN A. BENDAWALD,<br><br>Defendant. | Case No. 1:23-cr-00281-DCN<br><br>**GOVERNMENT'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

The United States hereby seeks leave to file an oversized brief in opposition to the defendant's motion to dismiss.  ECF No. 54.  Given the nature of the defendant's arguments, an additional five pages beyond the limit set forth by the local rules is necessary to provide a thorough discussion of the propriety of the counts charging the defendant with violating 18 U.S.C. § 666(a)(1)(B).

The defendant's arguments in support of his motion to dismiss are premised on the statutory construction of 18 U.S.C. § 666(a)(1)(B) and constitutional interpretation of the Fifth Amendment's Due Process Clause.  As such, it is necessary for the government to fully address the text of the statute, congressional intent in drafting and passing the statute, case law interpreting the statute, and the constitutionality of the statute.  The government has attempted to address these concepts as concisely as possible in an effort to conform with the local rules governing motion practice. Despite its efforts, the government requires an additional five pages over the limit set forth in the local rules to adequately address the defendant's arguments.  As such, the government seeks leave to file an oversized brief.   The defendant does not object, and the government has agreed to not object should the defendant seek to file a reply brief that exceeds the local page limit by five pages or fewer.

Respectfully submitted this 22nd day of October, 2024.


JOSHUA D. HURWIT                         COREY R. AMUNDSON
United States Attorney                        Chief, Public Integrity Section
District of Idaho                                U.S. Department of Justice


By:    */s/ Katherine Horwitz*              */s/ Jordan Dickson*
       Katherine L. Horwitz                     Jordan Dickson
       Assistant U.S. Attorney                  Trial Attorney
       United States Attorney's Office          Public Integrity Section
       District of Idaho                        1301 New York Ave. NW, 10th Fl.
       1290 West Myrtle Street, Suite 500       Washington, DC 20005
       Boise, ID 83702                          202-597-0508
       208-334-1155
       kate.horwitz@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2024, the foregoing **GOVERNMENT'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

Debra Ann Groberg
Nevin, Benjamin & McKay LLP
P.O. Box 2772
Boise, ID 83701
208-343-1000
dgroberg@nbmlaw.com

☐ United States Mail, postage prepaid
☐ Fax
☒ ECF filing
☐ Email

_/s/ Jordan Dickson_
Jordan Dickson
Trial Attorney