Debra Groberg (ISB#9797)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com
npittman@nbmlaw.com

*Attorneys for Defendant Ryan Bendawald*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:23-CR-281-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S NOTICE OF** |
| | ) | **DESTRUCTION OF RECORDS** |
| RYAN A. BENDAWALD, | ) | **OBTAINED VIA RULE 17** |
| | ) | **SUBPOENAS** |
| Defendant. | ) | |
| _____ | ) | |

On March 4, 2025, the Court entered its Memorandum Decision and Order, Dkt. No. 90, granting the government's Motion to Quash Third-Party Subpoena, Dkt. No. 37. After the government filed its Motion to Quash, Mr. Bendawald agreed to set aside and not review or further utilize materials obtained from the third-party Rule 17(c) subpoenas challenged by the government. Mr. Bendawald received only two productions of documents in response to these subpoenas, one before the government's Motion to Quash was filed and one after. Following the Court's Memorandum Decision and Order, counsel for Mr. Bendawald conferred with the government regarding the disposition of these materials and agreed to destroy them. Counsel hereby provides notice to the Court and the government that records obtained in response to the

quashed Rule 17(c) subpoenas have been destroyed, including all transmittal emails, physical media, and digital copies.

    DATED this 1st day of April 2025.

                      NEVIN, BENJAMIN & McKAY LLP

                      /s/ Debra Groberg
                      Debra Groberg

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Katherine L. Horwitz
    Frank J. Zebari
    United States Attorney's Office
    khorwitz@usdoj.gov
    frank.zebari@usdoj.gov

                                  /s/ Debra Groberg
                                  Debra Groberg