# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# MINUTE ENTRY

CRIMINAL PROCEEDINGS - **Motion to Dismiss [Docket #54]**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **April 23, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 9:57 – 10:40   AM |

## UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

Counsel for United States:    Katherine L. Horwitz (arguing) & Frank J. Zebari

Counsel for Defendant:    Debra A. Groberg & Nathan Pittman (arguing)

(X) After hearing argument, the Court took the matter under advisement with a written decision to be forthcoming.