JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00281-DCN |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE RECORDS UNDER FEDERAL RULE OF EVIDENCE 902** |
| RYAN A. BENDAWALD, | |
| Defendant. | |

Pursuant to Federal Rules of Evidence 803(6) and 902, the United States gives notice of its intent to offer the following records into evidence at trial:

| DOCUMENT SOURCE | BEGIN PAGE | END PAGE |
|---|---|---|
| Google LLC | GMAIL_000008 | GMAIL_003918 |

These records and their corresponding written declarations and certifications are available for inspection at the office of the United States Attorney, 1290 W. Myrtle, Suite 500, Boise, Idaho, 83705.

1

Respectfully submitted this 5th day of June, 2025.

>JUSTIN D. WHATCOTT
>Acting United States Attorney
>District of Idaho

By:    */s/ Katherine Horwitz*
>Katherine L. Horwitz
>Assistant U.S. Attorney

>*/s/ Francis J. Zebari*
>Francis J. Zebari
>Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2025, the foregoing **GOVERNMENT'S SECOND NOTICE OF INTENT TO INTRODUCE RECORDS** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Debra Ann Groberg<br>Nevin, Benjamin & McKay LLP<br>P.O. Box 2772<br>Boise, ID 83701<br>208-343-1000<br>dgroberg@nbmlaw.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

      /s/ *Katherine Horwitz*
      Katherine Horwitz
      Assistant U.S. Attorney