JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00281-DCN |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES'S MOTION TO DISMISS COUNT 6** |
| RYAN A. BENDAWALD, | |
| Defendant. | |

The United States of America, by and through Justin D. Whatcott, Acting United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby moves to dismiss Count 6 of the Indictment pursuant to Federal Rule of Criminal Procedure 48(a).

Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." When, as here, the Government moves to dismiss charges, this Court must ensure that the requested dismissal is not the result of prosecutorial misconduct, such as for purposes of harassment or prosecutorial impropriety. *See Korematsu v. United States*, 584 F. Supp. 1406, 1412 (N.D. Cal. 1984).

The Government is compelled to file this motion based on Victim 6's devolving mental health and increased suicidal ideation. Count 6 is based on Bendawald's sexual solicitation and engagement with Victim 6. At the time of indictment, more than a year ago, Victim 6 was ready and able to participate in the arduous process of testifying at trial. Since then, however, her mental health has steadily declined. On June 6, Victim 6 took steps to complete suicide. After speaking with Victim 6's family, the Government is concerned that forcing Victim 6 to participate in the present prosecution would be detrimental to her health and safety. Accordingly, in the interest of justice, the Government now seeks leave to dismiss Count 6.

Defendant Ryan Bendawald does not object to this motion.

Respectfully submitted this 17th day of June, 2025.

>    JUSTIN D. WHATCOTT
>    Acting United States Attorney
>    District of Idaho
>
> By:    */s/ Katherine Horwitz*
>    Katherine L. Horwitz
>    Assistant U.S. Attorney
>
>    */s/ Francis J. Zebari*
>    Francis J. Zebari
>    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2025, the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNT 6** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Debra Ann Groberg<br>Nevin, Benjamin & McKay LLP<br>P.O. Box 2772<br>Boise, ID 83701<br>208-343-1000<br>dgroberg@nbmlaw.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

      /s/ *Katherine Horwitz*
      Katherine Horwitz
      Assistant U.S. Attorney