JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, vs. RYAN A. BENDAWALD, Defendant. | Case No. 1:23-cr-00281-DCN GOVERNMENT'S THIRD NOTICE OF INTENT TO INTRODUCE RECORDS UNDER FEDERAL RULE OF EVIDENCE 902 |
|---|---|

Pursuant to Federal Rules of Evidence 803 and 902, the United States gives notice of its intent to offer the following records into evidence at trial:

| Document Source | Begin Page | End Page |
|---|---|---|
| Ada County | BENDAWALD_042759 | BENDAWALD_042813 |
| Canyon County | BENDAWALD_032518 | BENDAWALD_032560 |
| Canyon County | BENDAWALD_037216 | BENDAWALD_037259 |

These records and their corresponding written declaration and certifications are available for inspection at the office of the United States Attorney, 1290 W. Myrtle, Suite 500, Boise, Idaho, 83705.

Respectfully submitted this 29th day of July, 2025.

        JUSTIN D. WHATCOTT
        Acting United States Attorney
        District of Idaho

By:    */s/ Katherine Horwitz*
        Katherine L. Horwitz
        Assistant U.S. Attorney

        */s/ Francis J. Zebari*
        Francis J. Zebari
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2025, the foregoing **GOVERNMENT'S THIRD NOTICE OF INTENT TO INTRODUCE RECORDS** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Debra Ann Groberg<br>Nevin, Benjamin & McKay LLP<br>P.O. Box 2772<br>Boise, ID 83701<br>208-343-1000<br>dgroberg@nbmlaw.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

　　　　　　　　　　　　　　/s/ *Katherine Horwitz*
　　　　　　　　　　　　　　Katherine Horwitz
　　　　　　　　　　　　　　Assistant U.S. Attorney