Debra Groberg (ISB#9797)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com
npittman@nbmlaw.com

*Attorneys for Defendant Ryan Bendawald*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 1:23-CR-281-DCN |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | **DEFENDANT'S MOTION FOR *BRADY*** |
| ) | **AND *GIGLIO* MATERIALS** |
| RYAN A. BENDAWALD,      ) | |
| ) | |
| Defendant.      ) | |
| _____     ) | |

Defendant Ryan A. Bendawald, through undersigned counsel, moves this Court for an Order directing the government to comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972), as required under Section I.6 of the Court's General Order. Mr. Bendawald's Response to Emergency Motion for Appointment of Counsel (Dkt. No. 147) is incorporated as the Memorandum in Support of this Motion.

DATED this 4th day of August, 2025.

NEVIN, BENJAMIN & McKAY LLP


 /s/ Debra Groberg
Debra Groberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
United States Attorney's Office
khorwitz@usdoj.gov

/s/ Debra Groberg
Debra Groberg