Debra Groberg (ISB#9797)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com
npittman@nbmlaw.com

*Attorneys for Defendant Ryan Bendawald*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 1:23-CR-281-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S NOTICE OF INTENT** |
| | ) | **TO INTRODUCE RECORDS UNDER** |
| RYAN A. BENDAWALD, | ) | **FEDERAL RULE OF EVIDENCE 902** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rules of Evidence 803(6) and 902, the Defendant, Ryan Bendawald, gives notice of his intent to offer the following records into evidence at trial:

| DOCUMENT SOURCE | BEGIN PAGE | END PAGE |
|---|---|---|
| TimberStone Golf Course | RABENDAWALD_002733 | RABENDAWALD_002740 |
| AT&T Mobility | RABENDAWALD_002850 | RABENDAWALD_002887 |
| Starbucks | RABENDAWALD_002888 | RABENDAWALD_002889 |
| TimberStone Golf Course | RABENDAWALD_002931 | RABENDAWALD_002932 |
| AT&T Mobility | RABENDAWALD_004585 | RABENDAWALD_004604 |

These records and their corresponding written declarations and certifications have been produced to the government.

DATED this 7th day of August 2025.

                        NEVIN, BENJAMIN & McKAY LLP

                        /s/ Debra Groberg
                        Debra Groberg

## CERTIFICATE OF SERVICE

  I hereby certify that on the 7th day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

  Katherine L. Horwitz
  United States Attorney's Office
  khorwitz@usdoj.gov

            /s/ Debra Groberg
            Debra Groberg