Debra Groberg (ISB#9797)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com
npittman@nbmlaw.com

*Attorneys for Defendant Ryan Bendawald*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 1:23-CR-281-DCN |
| | ) | |
| vs. | ) | **DEFENDANT'S SECOND NOTICE OF INTENT TO INTRODUCE RECORDS UNDER FEDERAL RULE OF EVIDENCE 902** |
| RYAN A. BENDAWALD, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rules of Evidence 803(6) and 902, the Defendant, Ryan Bendawald, gives notice of his intent to offer the following records into evidence at trial:

| **DOCUMENT SOURCE** | **BEGIN PAGE** | **END PAGE** |
|---|---|---|
| Starbucks | RABENDAWALD_005999 | RABENDAWALD_006000 |

These records and their corresponding written declarations and certifications have been produced to the government.

DATED this 21st day of August 2025.

NEVIN, BENJAMIN & McKAY LLP

 /s/ Debra Groberg
Debra Groberg

DEFENDANT'S SECOND NOTICE OF INTENT TO INTRODUCE RECORDS UNDER FEDERAL RULE OF EVIDENCE 902 - 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
United States Attorney's Office
khorwitz@usdoj.gov

                                                                /s/ Debra Groberg
                                                                Debra Groberg