JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN A. BENDAWALD,<br><br>Defendant. | Case No. 1:23-cr-00281-DCN<br><br>**UNITED STATES'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

In *United States v. Wiley*, 103 F.4th 565 (9th Cir. 2024), the court held that "ankle monitors are neither presumptively nor inherently prejudicial." The court examined the issue in depth and dispelled with the concerns raised in the Defendant's motion. *Id.* at 571–78. However, in an abundance of caution, the Government does not object to the temporary removal of the Defendant's GPS ankle monitor while trial is in session each day (removed in the morning and reaffixed at the conclusion of each day of trial). This addresses any

concerns raised by the Defendant while still assuring the integrity of the trial and protection of the Government's witnesses.

Respectfully submitted this 26th day of August, 2025.

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

/s/ *Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney

/s/ *Francis J. Zebari*
FRANCIS J. ZEBARI
Assistant United States Attorney