UNITED STATES DISTRICT COURT
District of Idaho

PLAINTIFF'S EXHIBIT LIST

| Case Name: | Plaintiff's Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | KATHERINE L. HORWITZ |
| | FRANCIS J. ZEBARI |
| vs. | |
| | Defendant's Attorneys: |
| RYAN BENDAWALD | DEBRA GROBERG |
| | NATHAN PITTMAN |

| Docket No.: | Trial Dates: | Courtroom Deputy: |
|---|---|---|
| 1:23-cr-00281-DCN | 09/02/2025 | Amy Beers |
| Presiding Judge: | | Court Reporter: |
| CHIEF JUDGE DAVID C. NYE | | Anne Bowline |

Party Offering Exhibits:
United States of America

**Instructions**

➤ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➤ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➤ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➤ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1000 | | | | | Ryan Bendawald Recorded Phone Call Joe Cardwell | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1000A | | | | | Excerpt: Undercover buy from C.L. | |
| 1000B | | | | | Excerpt: "CI's don't touch me and I don't touch them" | |
| 1000C | | | | | Excerpt: "Do you remember the video" | |
| 1001 | | | | | Ryan Bendawald Recorded Phone Call Joe Cardwell | |
| 1001A | | | | | Excerpt: Beginning of call | |
| 1001B | | | | | Excerpt: "Came across a case of .22 ammo" | |
| 1001C | | | | | Excerpt: "I've done anything on duty" | |
| 1004 | | | | | Photograph: CPD Gang Conference | |
| 1010A | | | | | Summary Exhibit: Ada and Canyon County Custodial Records | |
| 1010B | | | | | Summary Exhibit: IDOC Custodial Records | |
| 1011 | | | | | Email: Quick Meeting | |
| 1016 | | | | | 18 U.S.C. § 3571 | |
| 1017 | | | | | Idaho Code § 37-2732 | |
| 1018A | | | | | Federal Awards Reports, 2018 | |
| 1018B | | | | | Federal Awards Reports, 2019 | |
| 1018C | | | | | Federal Awards Reports, 2020 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1018D | | | | | Federal Awards Reports, 2021 | |
| 1018E | | | | | Federal Awards Reports, 2022 | |
| 1018F | | | | | Email: Caldwell Police Department Federal Funding | |
| 1019 | | | | | Google Search: "forward calls without phone location" | |
| 1020 | | | | | Email: "Letter to frank" | |
| 1023 | | | | | Email: "Juan (CI)" | |
| 1024 | | | | | Email: "Documented gang members" | |
| 1030 | | | | | 10-Code | |
| 1031 | | | | | Google Maps: First Street and Nogales Court | |
| 1032 | | | | | Email: "Gang documentation" | |
| 1033 | | | | | Email: "Informant role" | |
| 1050A | | | | | Second Superseding Indictment, Case No. 1:22-cr-00056 | |
| 1050B | | | | | Judgment, Case No. 1:22-cr-00056 | |
| 1052A | | | | | Email: "Quick inventory" | |
| 1052B | | | | | Email: "Advise your CPD cell phone number" | |
| 1052C | | | | | Email: "List of CPD cell phone numbers" | |

UNITED STATES'S EXHIBIT LIST—3

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1052D | | | | | Email: "I will have my personal cell on me" | |
| 1053 | | | | | Email: "Short report and screenshots for CI Shelby" | |
| 1054 | | | | | Email: "Intel" | |
| 1055 | | | | | Email: Juan | |
| 1056 | | | | | Email: "Something to ponder" | |
| 1058A | | | | | Email: Confidential Informant Agreement | |
| 1058B | | | | | Email: Confidential Informant Agreement | |
| 1059 | | | | | Email: "Ghosted" | |
| 1060 | | | | | Email: "Not an 'excuse'" | |
| 1061 | | | | | Email: Metro, Investigations and CCNU | |
| 1062 | | | | | Email: COP areas | |
| 1063 | | | | | Email: "do you mind helping me out" | |
| 1064A | | | | | Email: "Vehicle Equipment" | |
| 1064B | | | | | Email: Listed vehicle | |
| 1064C | | | | | Email: "GPS trackers are in the second drawer" | |
| 1064D | | | | | Email: "Keys to the Pontiac" | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1064E | | | | | Email: "Parked in the annex" | |
| 1065 | | | | | Email: "Macbook" | |
| 1067 | | | | | Email: "not too far out of my lane" | |
| 1068 | | | | | Email: "well written report" | |
| 1069 | | | | | Email: Sergeant Paper | |
| 1070 | | | | | Email: Request for CI 113 | |
| 1071A | | | | | CCNU Investigation Report C.R. | |
| 1071B | | | | | IR2021-005 | |
| 1071C | | | | | C.R. Probation Report | |
| 1071D | | | | | CCNU Report Terminating CI | |
| 1071E | | | | | FBI Interview: C.R. | |
| 1071F | | | | | FBI Interview: C.R. | |
| 1071G | | | | | FBI Interview: C.R. | |
| 1071H | | | | | Email: "Designated number was 'PF1'" | |
| 1072 | | | | | FBI Interview: R.G. | |
| 1072A | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—5

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1072B | | | | | CPD Report: 18-25729 | |
| 1072C | | | | | August 10, 2018 Report | |
| 1073 | | | | | FBI Interview T.T. | |
| 1073A | | | | | Excerpt | |
| 1073B | | | | | Excerpt | |
| 1073C | | | | | Excerpt | |
| 1073D | | | | | Excerpt | |
| 1073E | | | | | Excerpt | |
| 1073F | | | | | Excerpt | |
| 1073G | | | | | Excerpt | |
| 1073H | | | | | Excerpt | |
| 1073I | | | | | Excerpt | |
| 1073J | | | | | Excerpt | |
| 1073K | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—6

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1073L | | | | | Excerpt | |
| 1073M | | | | | Excerpt | |
| 1073N | | | | | Excerpt | |
| 1073O | | | | | Excerpt | |
| 1073P | | | | | Excerpt | |
| 1074A | | | | | CPD Report: 21-34125 | |
| 1074B | | | | | Call Detail Report 21-34125 | |
| 1075 | | | | | Photograph: SUV | |
| 1076 | | | | | Email: Access restricted | |
| 1077 | | | | | Email: IMG_3763 | |
| 1078 | | | | | Email: Surveillance video | |
| 1080A | | | | | Citizen Complaint Form | |

UNITED STATES'S EXHIBIT LIST—7

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1080B | | | | | Affidavit of Probable Cause | |
| 1081 | | | | | Training Record List | |
| 1083 | | | | | Academy Profile | |
| 1085 | | | | | Email: Correlate the citation with BWC | |
| 1087 | | | | | Email: Jaci | |
| 1088 | | | | | Email: IMG_3759 | |
| 1089 | | | | | Email: CI file request | |
| 1090 | | | | | City of Caldwell Change of Status Notice | |
| 1091 | | | | | Email: Last day will be November 7th | |
| 1092 | | | | | Email: Case that was work flowed | |
| 1093 | | | | | Email: Source of information | |
| 1101 | | | | | G.B. Canyon County Jail Phone Call 3-24-2022 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1101A | | | | | Excerpt | |
| 1101B | | | | | Excerpt | |
| 1102 | | | | | KTVB Channel 7 Report | |
| 1103 | | | | | Idaho Press, Alleged sexual, drug crime misconduct | |
| 1104 | | | | | Google Maps: Farmway Road and Lakview Fruit | |
| 1105 | | | | | Call Detail Report July 2017 | |
| 1106 | | | | | California Ticket | |
| 1107 | | | | | Hoadley Superseding Indictment | |
| 1120 | | | | | Agent O'Neil Interview G.B. on April 19, 2022 | |
| 1120A | | | | | Excerpt | |
| 1120B | | | | | Excerpt | |
| 1120C` | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1120D | | | | | Excerpt | |
| 1120E | | | | | Excerpt | |
| 1120F | | | | | Excerpt | |
| 1120G | | | | | Excerpt | |
| 1120H | | | | | Excerpt | |
| 1120I | | | | | Excerpt | |
| 1120J | | | | | Excerpt | |
| 1120K | | | | | Excerpt | |
| 1120L | | | | | Excerpt | |
| 1120M | | | | | Excerpt | |
| 1120N | | | | | Excerpt | |
| 1120O | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—10

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1120P | | | | | Excerpt | |
| 1120Q | | | | | Excerpt | |
| 1120R | | | | | Excerpt | |
| 1120S | | | | | Excerpt | |
| 1120T | | | | | Excerpt | |
| 1120U | | | | | Excerpt | |
| 1120V | | | | | Excerpt | |
| 1120W | | | | | Excerpt | |
| 1120X | | | | | Excerpt | |
| 1120Y | | | | | Excerpt | |
| 1120Z | | | | | Excerpt | |
| 1120AA | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—11

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1120BB | | | | | Excerpt | |
| 1121 | | | | | Agent O'Neil Interview G.B. on May 6, 2022 | |
| 1121A | | | | | Excerpt | |
| 1121B | | | | | Excerpt | |
| 1121C | | | | | Excerpt | |
| 1121D | | | | | Excerpt | |
| 1121E | | | | | Excerpt | |
| 1121F | | | | | Excerpt | |
| 1121G | | | | | Excerpt | |
| 1121H | | | | | Excerpt | |
| 1121I | | | | | Excerpt | |
| 1121J | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—12

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1121K | | | | | Excerpt | |
| 1121L | | | | | Excerpt | |
| 1121M | | | | | Excerpt | |
| 1121N | | | | | Excerpt | |
| 1121O | | | | | Excerpt | |
| 1121P | | | | | Excerpt | |
| 1121Q | | | | | Excerpt | |
| 1121R | | | | | Excerpt | |
| 1121S | | | | | Excerpt | |
| 1121T | | | | | Excerpt | |
| 1121U | | | | | Excerpt | |
| 1121V | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—13

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1122 | | | | | Agent O'Neil and AUSA Horwitz and AUSA Dickson Interview G.B. on April 21, 2022 | |
| 1122A | | | | | Excerpt | |
| 1122B | | | | | Excerpt | |
| 1122C | | | | | Excerpt | |
| 1201A | | | | | CPD Report 18-37919 | |
| 1201B | | | | | Call Detail Report December 3, 2019 | |
| 1202A | | | | | CPD Report 18-37936 | |
| 1202B | | | | | CPD Discovery Checklist 18-37936 | |
| 1202C | | | | | Law Incident Table 18-37936 | |
| 1202D | | | | | Application for Temporary Custody Order | |
| 1203A | | | | | Summary of Verizon Records for 208-477-7136 | |
| 1203B | | | | | Verizon Phone Records | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1203C | | | | | CPD Report 18-37927 | |
| 1204 | | | | | FBI Photo Line-Up | |
| 1205 | | | | | Photographs: Arrowhead Trailer | |
| 1206B | | | | | K.G. Email to Gmail (Sealed Exhibit) | |
| 1206B.1 | | | | | Voice 007.m4a (Sealed Exhibit) | |
| 1207A | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207B | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207C | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207D | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207E | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207F | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207F1 | | | | | Voice 008.m4a (Sealed Exhibit) | |

UNITED STATES'S EXHIBIT LIST—15

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1207G | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207G1 | | | | | 2019_01_27_16_37_04.mp3 (Sealed Exhibit) | |
| 1207H | | | | | K.G. Emails to City of Caldwell (Sealed Exhibit) | |
| 1207H1 | | | | | 2019_03_09_08_01_39.mp3 (Sealed Exhibit) | |
| 1209 | | | | | Bendawald Report to ATF (Sealed Exhibit) | |
| 1210A | | | | | CPD Report 18-24053 | |
| 1210B | | | | | CPD Report 18-24221 | |
| 1210C | | | | | CPD Report 18-24315 | |
| 1211 | | | | | Truck Registration | |
| 1213A | | | | | Email: "Ask that we dismiss" | |
| 1213B | | | | | Email: "Would you mind just going to her on this one?" | |
| 1213C | | | | | Email: "This case was dismissed" | |

UNITED STATES'S EXHIBIT LIST—16

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1218 | | | | | City of Caldwell Forward to Gmail (Sealed Exhibit) | |
| 1218A | | | | | My recording 1.wav (Sealed Exhibit) | |
| 1220 | | | | | Agent O'Neil Phone Call K.G. March 25, 2021 | |
| 1220A | | | | | Excerpt | |
| 1220B | | | | | Excerpt | |
| 1220C | | | | | Excerpt | |
| 1221 | | | | | Agent O'Neil and Agent Hart Interview K.G. March 26, 2021 | |
| 1221A | | | | | Excerpt | |
| 1221B | | | | | Excerpt | |
| 1221C | | | | | Excerpt | |
| 1221D | | | | | Excerpt | |
| 1221E | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—17

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1221F | | | | | Excerpt | |
| 1221G | | | | | Excerpt | |
| 1221H | | | | | Excerpt | |
| 1221I | | | | | Excerpt | |
| 1221J | | | | | Excerpt | |
| 1221K | | | | | Excerpt | |
| 1221L | | | | | Excerpt | |
| 1221M | | | | | Excerpt | |
| 1221N | | | | | Excerpt | |
| 1221O | | | | | Excerpt | |
| 1221P | | | | | Excerpt | |
| 1221Q | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—18

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1221R | | | | | Excerpt | |
| 1221S | | | | | Excerpt | |
| 1221T | | | | | Excerpt | |
| 1221U | | | | | Excerpt | |
| 1221V | | | | | Excerpt | |
| 1221W | | | | | Excerpt | |
| 1221X | | | | | Excerpt | |
| 1221Y | | | | | Excerpt | |
| 1221Z | | | | | Excerpt | |
| 1221AA | | | | | Excerpt | |
| 1221BB | | | | | Excerpt | |
| 1221CC | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—19

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1221DD | | | | | Excerpt | |
| 1221EE | | | | | Excerpt | |
| 1221FF | | | | | Excerpt | |
| 1221GG | | | | | Excerpt | |
| 1221HH | | | | | Excerpt | |
| 1221II | | | | | Excerpt | |
| 1221JJ | | | | | Excerpt | |
| 1221KK | | | | | Excerpt | |
| 1221LL | | | | | Excerpt | |
| 1221MM | | | | | Excerpt | |
| 1221NN | | | | | Excerpt | |
| 1221OO | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—20

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1221PP | | | | | Excerpt | |
| 1221QQ | | | | | Excerpt | |
| 1221RR | | | | | Excerpt | |
| 1221SS | | | | | Excerpt | |
| 1221TT | | | | | Excerpt | |
| 1222 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. | |
| 1222A | | | | | Excerpt | |
| 1222B | | | | | Excerpt | |
| 1222C | | | | | Excerpt | |
| 1222D | | | | | Excerpt | |
| 1222E | | | | | Excerpt | |
| 1222F | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—21

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1222G | | | | | Excerpt | |
| 1222H | | | | | Excerpt | |
| 1222I | | | | | Excerpt | |
| 1222J | | | | | Excerpt | |
| 1222K | | | | | Excerpt | |
| 1222L | | | | | Excerpt | |
| 1222M | | | | | Excerpt | |
| 1222N | | | | | Excerpt | |
| 1222O | | | | | Excerpt | |
| 1223 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. March 7, 2022 | |
| 1224 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. July 6, 2022 | |
| 1224A | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—22

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1224B | | | | | Excerpt | |
| 1224C | | | | | Excerpt | |
| 1224D | | | | | Excerpt | |
| 1224E | | | | | Excerpt | |
| 1224F | | | | | Excerpt | |
| 1224G | | | | | Excerpt | |
| 1224H | | | | | Excerpt | |
| 1224I | | | | | Excerpt | |
| 1224J | | | | | Excerpt | |
| 1224K | | | | | Excerpt | |
| 1224L | | | | | Excerpt | |
| 1225 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. July 6, 2022 | |

UNITED STATES'S EXHIBIT LIST—23

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1226 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. October 28, 2022 | |
| 1226A | | | | | Excerpt | |
| 1226B | | | | | Excerpt | |
| 1226C | | | | | Excerpt | |
| 1226D | | | | | Excerpt | |
| 1226E | | | | | Excerpt | |
| 1226F | | | | | Excerpt | |
| 1226G | | | | | Excerpt | |
| 1226H | | | | | Excerpt | |
| 1226I | | | | | Excerpt | |
| 1226J | | | | | Excerpt | |
| 1226K | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—24

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1226L | | | | | Excerpt | |
| 1226M | | | | | Excerpt | |
| 1226N | | | | | Excerpt | |
| 1226O | | | | | Excerpt | |
| 1226P | | | | | Excerpt | |
| 1226Q | | | | | Excerpt | |
| 1226R | | | | | Excerpt | |
| 1226S | | | | | Excerpt | |
| 1226T | | | | | Excerpt | |
| 1226U | | | | | Excerpt | |
| 1226V | | | | | Excerpt | |
| 1226W | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—25

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1226X | | | | | Excerpt | |
| 1226Y | | | | | Excerpt | |
| 1226Z | | | | | Excerpt | |
| 1227 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. October 28, 2022 | |
| 1227A | | | | | Excerpt | |
| 1227B | | | | | Excerpt | |
| 1227C | | | | | Excerpt | |
| 1227D | | | | | Excerpt | |
| 1227E | | | | | Excerpt | |
| 1227F | | | | | Excerpt | |
| 1227G | | | | | Excerpt | |
| 1227H | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1227I | | | | | Excerpt | |
| 1227J | | | | | Excerpt | |
| 1227K | | | | | Excerpt | |
| 1227L | | | | | Excerpt | |
| 1227M | | | | | Excerpt | |
| 1228 | | | | | Agent O'Neil and AUSA Horwitz Interview K.G. April 3, 2024 | |
| 1228A | | | | | Excerpt | |
| 1228B | | | | | Excerpt | |
| 1228C | | | | | Excerpt | |
| 1228D | | | | | Excerpt | |
| 1228E | | | | | Excerpt | |
| 1228F | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—27

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1229 | | | | | Text Message | |
| 1230 | | | | | CPD Report 19-19738 | |
| 1231A | | | | | CPD Report 19-18935 | |
| 1231B | | | | | 19-18935 Body Worn Camera Video | |
| 1231C | | | | | 19-18935 Body Worn Camera Video | |
| 1231D | | | | | 19-18935 Body Worn Camera Video | |
| 1231E | | | | | 19-18935 Body Worn Camera Video | |
| 1231F | | | | | 19-18935 Body Worn Camera Video | |
| 1231G | | | | | 19-18935 Body Worn Camera Video | |
| 1231H | | | | | 19-18935 Screening | |
| 1231I | | | | | CPD Report 19-18936 | |
| 1232A | | | | | CPD Report 19-07515 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1232B | | | | | 19-07515 Body Worn Camera Video | |
| 1232C | | | | | 19-07515 Body Worn Camera Video | |
| 1232D | | | | | 19-07515 Screening | |
| 1233A | | | | | CPD Report 18-29376 | |
| 1233B | | | | | 18-29376 Body Worn Camera Video | |
| 1233C | | | | | 18-29376 Body Worn Camera Video | |
| 1233D | | | | | 18-29376 Body Worn Camera Video | |
| 1233E | | | | | 18-29376 Body Worn Camera Video | |
| 1234A | | | | | CPD Report 18-23465 | |
| 1234B | | | | | 18-23465 Body Worn Camera Video | |
| 1234C | | | | | 18-23465 Body Worn Camera Video | |
| 1234D | | | | | 18-23465 Body Worn Camera Video | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1236 | | | | | Michigan Avenue Search Warrant Affidavit | |
| 1237 | | | | | Email: "Way outside my lane" | |
| 1250 | | | | | Grand Jury Testimony Emmett Schreiber | |
| 1251 | | | | | Grand Jury Testimony Myron Kershaw | |
| 1252 | | | | | Grand Jury Testimony Andrew D. Haws | |
| 1253 | | | | | Grand Jury Testimony Tylee Lanham | |
| 1254 | | | | | Grand Jury Testimony Casey McGrew | |
| 1255 | | | | | Grand Jury Testimony Jesse Cooper | |
| 1256 | | | | | Grand Jury Testimony Scott Crupper | |
| 1257 | | | | | Grand Jury Testimony Tom DeFur | |
| 1258 | | | | | Grand Jury Testimony Devin Riley | |
| 1301 | | | | | CPD Report 19-20663 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1302 | | | | | Affidavit of Probable Cause: 19-20663 | |
| 1303A | | | | | 19-20663 Body Worn Camera Video | |
| 1303A1 | | | | | Excerpt | |
| 1303A2 | | | | | Excerpt | |
| 1303B | | | | | 19-20663 Body Worn Camera Video | |
| 1303B1 | | | | | Excerpt | |
| 1303C | | | | | 19-20663 Body Worn Camera Video | |
| 1303D | | | | | 19-20663 Body Worn Camera Video | |
| 1303E | | | | | 19-20663 Body Worn Camera Video | |
| 1303F | | | | | 19-20663 Body Worn Camera Video | |
| 1303G | | | | | 19-20663 Body Worn Camera Video | |
| 1303H | | | | | 19-20663 Body Worn Camera Video | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1303I | | | | | 19-20663 Body Worn Camera Video | |
| 1303J | | | | | 19-20663 Body Worn Camera Video | |
| 1303K | | | | | 19-20663 Body Worn Camera Video | |
| 1304 | | | | | 19-20663 Officers Arrest Sheet | |
| 1307 | | | | | Judgment, Case No. 1:19-cr-00368-DCN | |
| 1309 | | | | | Email: Quick Meeting | |
| 1310 | | | | | IR2019-009 | |
| 1311 | | | | | Source Reporting | |
| 1312 | | | | | Photograph: 19-20663 Body Worn Camera Video | |
| 1320 | | | | | FBI Agent Coffee and Barclay Interview B.S. July 19, 2021 | |
| 1320A | | | | | Excerpt | |
| 1320B | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1320C | | | | | Excerpt | |
| 1320D | | | | | Excerpt | |
| 1320E | | | | | Excerpt | |
| 1320F | | | | | Excerpt | |
| 1320G | | | | | Excerpt | |
| 1320H | | | | | Excerpt | |
| 1321 | | | | | FBI O'Neil and AUSA Horwitz Interview B.S. May 9, 2023 | |
| 1321A | | | | | Excerpt | |
| 1321B | | | | | Excerpt | |
| 1321C | | | | | Excerpt | |
| 1321D | | | | | Excerpt | |
| 1321E | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—33

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1321F | | | | | Excerpt | |
| 1321G | | | | | Excerpt | |
| 1321H | | | | | Excerpt | |
| 1321I | | | | | Excerpt | |
| 1321J | | | | | Excerpt | |
| 1321K | | | | | Excerpt | |
| 1321L | | | | | Excerpt | |
| 1321M | | | | | Excerpt | |
| 1321N | | | | | Excerpt | |
| 1321O | | | | | Excerpt | |
| 1321P | | | | | Excerpt | |
| 1321Q | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1321R | | | | | Excerpt | |
| 1321S | | | | | Excerpt | |
| 1321T | | | | | Excerpt | |
| 1321U | | | | | Excerpt | |
| 1321V | | | | | Excerpt | |
| 1321W | | | | | Excerpt | |
| 1321X | | | | | Excerpt | |
| 1321Y | | | | | Excerpt | |
| 1321Z | | | | | Excerpt | |
| 1321AA | | | | | Excerpt | |
| 1321BB | | | | | Excerpt | |
| 1322 | | | | | FBI O'Neil and AUSA Horwitz Interview B.S. July 6, 2023 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1323 | | | | | FBI O'Neil and AUSA Horwitz Interview B.S. July 6, 2023 | |
| 1323A | | | | | Excerpt | |
| 1323B | | | | | Excerpt | |
| 1323C | | | | | Excerpt | |
| 1323D | | | | | Excerpt | |
| 1323E | | | | | Excerpt | |
| 1323F | | | | | Excerpt | |
| 1323G | | | | | Excerpt | |
| 1323H | | | | | Excerpt | |
| 1323I | | | | | Excerpt | |
| 1324 | | | | | FBI O'Neil and AUSA Horwitz Interview B.S. July 6, 2023 | |
| 1324A | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1324B | | | | | Excerpt | |
| 1324C | | | | | Excerpt | |
| 1324D | | | | | Excerpt | |
| 1324E | | | | | Excerpt | |
| 1324F | | | | | Excerpt | |
| 1324G | | | | | Excerpt | |
| 1324H | | | | | Excerpt | |
| 1324I | | | | | Excerpt | |
| 1324J | | | | | Excerpt | |
| 1324K | | | | | Excerpt | |
| 1330 | | | | | CPD Report 19-01138 | |
| 1331 | | | | | CPD Report 18-33922 | |

UNITED STATES'S EXHIBIT LIST—37

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1332 | | | | | CPD Report 18-33402 | |
| 1333 | | | | | CPD Report 16-26209 | |
| 1334 | | | | | CPD Report 15-21116 | |
| 1335 | | | | | CPD Report 15-00125 | |
| 1336 | | | | | CPD Report 14-11285 | |
| 1337 | | | | | CPD Report 14-00955 | |
| 1401 | | | | | CPD Report 20-04885 | |
| 1402A | | | | | 20-04885 Citation | |
| 1402B | | | | | 20-04885 Body Worn Camera Video | |
| 1402C | | | | | 20-04885 Body Worn Camera Video | |
| 1404 | | | | | 20-04885 Property Report/Receipt | |
| 1406 | | | | | IR2020-008 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1410 | | | | | Canyon County Visitor Log | |
| 1411 | | | | | Tyler Johnson Report | |
| 1413 | | | | | Email: "FYI" | |
| 1415 | | | | | Email: "Juan (CI)" | |
| 1420 | | | | | FBI Interview C.L. | |
| 1420A | | | | | Excerpt | |
| 1420B | | | | | Excerpt | |
| 1420C | | | | | Excerpt | |
| 1420D | | | | | Excerpt | |
| 1420E | | | | | Excerpt | |
| 1420F | | | | | Excerpt | |
| 1420G | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1420H | | | | | Excerpt | |
| 1420I | | | | | Excerpt | |
| 1420J | | | | | Excerpt | |
| 1420K | | | | | Excerpt | |
| 1420L | | | | | Excerpt | |
| 1420M | | | | | Excerpt | |
| 1420N | | | | | Excerpt | |
| 1420O | | | | | Excerpt | |
| 1420P | | | | | Excerpt | |
| 1420Q | | | | | Excerpt | |
| 1420R | | | | | Excerpt | |
| 1420S | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1420T | | | | | Excerpt | |
| 1421 | | | | | FBI Interview C.L. | |
| 1421A | | | | | Excerpt | |
| 1421B | | | | | Excerpt | |
| 1421C | | | | | Excerpt | |
| 1421D | | | | | Excerpt | |
| 1421E | | | | | Excerpt | |
| 1421F | | | | | Excerpt | |
| 1421G | | | | | Excerpt | |
| 1421H | | | | | Excerpt | |
| 1421I | | | | | Excerpt | |
| 1421J | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—41

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1421K | | | | | Excerpt | |
| 1421L | | | | | Excerpt | |
| 1421M | | | | | Excerpt | |
| 1421N | | | | | Excerpt | |
| 1421O | | | | | Excerpt | |
| 1421P | | | | | Excerpt | |
| 1421Q | | | | | Excerpt | |
| 1421R | | | | | Excerpt | |
| 1421S | | | | | Excerpt | |
| 1421T | | | | | Excerpt | |
| 1421U | | | | | Excerpt | |
| 1421V | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—42

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1421W | | | | | Excerpt | |
| 1421X | | | | | Excerpt | |
| 1421Y | | | | | Excerpt | |
| 1421Z | | | | | Excerpt | |
| 1430A | | | | | CPD Report 21-04076 | |
| 1430B | | | | | 21-04076 Body Worn Camera Video | |
| 1431A | | | | | CPD Report 20-04909 | |
| 1431B | | | | | 20-04909 Citation and Affidavit | |
| 1501A | | | | | CPD Report 21-07225 | |
| 1501B | | | | | Body Worn Camera Video | |
| 1501C | | | | | Body Worn Camera Video | |
| 1502 | | | | | Idaho Uniform Citation 21-07225 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1503 | | | | | Officers Arrest Sheet 21-07225 | |
| 1504 | | | | | Property Report/Receipt 21-07225 | |
| 1505 | | | | | Affidavit of Probable Cause 21-07225 | |
| 1506 | | | | | CPD Discovery Checklist 21-07225 | |
| 1507 | | | | | Towed Vehicle Notice | |
| 1508 | | | | | Email: "Jaci's 'duties'" | |
| 1520 | | | | | Mike Barclay Interview of C.A. | |
| 1520A | | | | | Excerpt | |
| 1520B | | | | | Excerpt | |
| 1520C | | | | | Excerpt | |
| 1520D | | | | | Excerpt | |
| 1520E | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—44

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1520F | | | | | Excerpt | |
| 1520G | | | | | Excerpt | |
| 1520H | | | | | Excerpt | |
| 1520I | | | | | Excerpt | |
| 1520J | | | | | Excerpt | |
| 1520K | | | | | Excerpt | |
| 1520L | | | | | Excerpt | |
| 1520M | | | | | Excerpt | |
| 1520N | | | | | Excerpt | |
| 1520O | | | | | Excerpt | |
| 1520P | | | | | Excerpt | |
| 1520Q | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1520R | | | | | Excerpt | |
| 1520S | | | | | Excerpt | |
| 1520T | | | | | Mike Barclay Report | |
| 1521 | | | | | FBI Interview C.A. | |
| 1521A | | | | | Excerpt | |
| 1521B | | | | | Excerpt | |
| 1521C | | | | | Excerpt | |
| 1521D | | | | | Excerpt | |
| 1521E | | | | | Excerpt | |
| 1521F | | | | | Excerpt | |
| 1521G | | | | | Excerpt | |
| 1521H | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—46

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1521I | | | | | Excerpt | |
| 1521J | | | | | Excerpt | |
| 1521K | | | | | Excerpt | |
| 1521L | | | | | Excerpt | |
| 1521M | | | | | Excerpt | |
| 1521N | | | | | Excerpt | |
| 1521O | | | | | Excerpt | |
| 1530A | | | | | CPD Report 21-10341 | |
| 1530B | | | | | Property Report/Receipt 21-10341 | |
| 1701 | | | | | CPD Report 21-07220 | |
| 1702A | | | | | 21-07220 Body Worn Camera Video | |
| 1702B | | | | | 21-07220 Body Worn Camera Video | |

UNITED STATES'S EXHIBIT LIST—47

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1702C | | | | | 21-07220 Body Worn Camera Video | |
| 1703 | | | | | CPD Discovery Checklist 21-07220 | |
| 1704 | | | | | 21-07220 Probable Cause Affidavit | |
| 1705 | | | | | Booking Report 21-07220 | |
| 1706 | | | | | CAD Report March 11, 2021 | |
| 1707 | | | | | Photographs: SUV | |
| 1708 | | | | | Photographs: Fairview Street | |
| 1709 | | | | | Call Log March 11, 2021 | |
| 1710 | | | | | Employee Time Sheet, March 2021 | |
| 1711 | | | | | CPD Reports March 11, 2021 | |
| 1712A | | | | | Google Maps | |
| 1712B | | | | | Google Maps | |

UNITED STATES'S EXHIBIT LIST—48

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1712C | | | | | Google Maps | |
| 1712D | | | | | Google Maps | |
| 1720 | | | | | Detective Chad Benson Interview with E.J. | |
| 1720A | | | | | Excerpt | |
| 1720B | | | | | Excerpt | |
| 1720C | | | | | Excerpt | |
| 1720D | | | | | Excerpt | |
| 1720E | | | | | Excerpt | |
| 1720F | | | | | Excerpt | |
| 1720G | | | | | Excerpt | |
| 1720H | | | | | Excerpt | |
| 1720I | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—49

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1720J | | | | | Excerpt | |
| 1720K | | | | | Excerpt | |
| 1720L | | | | | Excerpt | |
| 1720M | | | | | Excerpt | |
| 1720N | | | | | Excerpt | |
| 1721 | | | | | FBI Interview E.J. | |
| 1721A | | | | | Excerpt | |
| 1721B | | | | | Excerpt | |
| 1721C | | | | | Excerpt | |
| 1721D | | | | | Excerpt | |
| 1721E | | | | | Excerpt | |
| 1721F | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1721G | | | | | Excerpt | |
| 1721H | | | | | Excerpt | |
| 1721I | | | | | Excerpt | |
| 1721J | | | | | Excerpt | |
| 1721K | | | | | Excerpt | |
| 1721L | | | | | Excerpt | |
| 1722 | | | | | FBI Interview E.J. | |
| 1722A | | | | | Excerpt | |
| 1722B | | | | | Excerpt | |
| 1722C | | | | | Excerpt | |
| 1722D | | | | | Excerpt | |
| 1722E | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1722F | | | | | Excerpt | |
| 1722G | | | | | Excerpt | |
| 1722H | | | | | Excerpt | |
| 1722I | | | | | Excerpt | |
| 1722J | | | | | Excerpt | |
| 1722K | | | | | Excerpt | |
| 1722L | | | | | Excerpt | |
| 1722M | | | | | Excerpt | |
| 1722N | | | | | Excerpt | |
| 1722O | | | | | Excerpt | |
| 1722P | | | | | Excerpt | |
| 1722Q | | | | | Excerpt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1722R | | | | | Excerpt | |
| 1722S | | | | | Excerpt | |
| 1722T | | | | | Excerpt | |
| 1722U | | | | | Excerpt | |
| 1722V | | | | | Excerpt | |
| 1722W | | | | | Excerpt | |
| 1722X | | | | | Excerpt | |
| 1722Y | | | | | Excerpt | |
| 1722Z | | | | | Excerpt | |
| 1722AA | | | | | Excerpt | |
| 1722BB | | | | | Excerpt | |
| 1722CC | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—53

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1722DD | | | | | Excerpt | |
| 1722EE | | | | | Excerpt | |
| 1722FF | | | | | Excerpt | |
| 1722GG | | | | | Excerpt | |
| 1723 | | | | | FBI Interview E.J. | |
| 1723A | | | | | Excerpt | |
| 1723B | | | | | Excerpt | |
| 1723C | | | | | Excerpt | |
| 1723D | | | | | Excerpt | |
| 1723E | | | | | Excerpt | |
| 1724 | | | | | FBI Interview E.J. | |
| 1724A | | | | | Excerpt | |

UNITED STATES'S EXHIBIT LIST—54

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1724B | | | | | Excerpt | |
| 1724C | | | | | Excerpt | |
| 1724D | | | | | Excerpt | |
| 1724E | | | | | Excerpt | |
| 1724F | | | | | Excerpt | |
| 1724G | | | | | Excerpt | |
| 1730A | | | | | CPD Report 15-21151 | |
| 1730B | | | | | 15-21151 Audio | |
| 1731 | | | | | CPD Report 12-09386 | |
| 1732A | | | | | CPD Report 10-15905 | |
| 1732B | | | | | 10-15905 Audio | |
| 1732C | | | | | 10-15905 Audio | |