JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN A. BENDAWALD,<br><br>Defendant. | Case No. 1:23-cr-00281-DCN<br><br>**UNITED STATES'S MOTION TO DISMISS COUNTS 7 AND 8** |

The United States of America, by and through Justin D. Whatcott, Acting United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby moves to dismiss Counts 7 and 8 of the Indictment pursuant to Federal Rule of Criminal Procedure 48(a).

Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." When, as here, the Government moves to dismiss charges, this Court must ensure that the requested dismissal is not the result of prosecutorial misconduct, such as for purposes of harassment or prosecutorial impropriety. *See Korematsu v. United States*, 584 F. Supp. 1406, 1412 (N.D. Cal. 1984).

1

This motion is based on Victim 7's current financial struggles, as well as her mental and emotional health. Counts 7 and 8 are based on Bendawald's sexual solicitation and sexual abuse of Victim 7 under color of law. Three days ago, Victim 7 relayed that she is on the brink of homelessness and struggling to maintain her sobriety. In consideration of these constellation of factors, as well as the anticipated toll of testifying, the Government is concerned that forcing Victim 7 to participate in the present prosecution would be detrimental to her health, safety, and welfare. Accordingly, in the interest of justice, the Government now seeks leave to dismiss Counts 7 and 8.

The Defendant does not object.

Respectfully submitted this 1st day of September, 2025.

JUSTIN D. WHATCOTT
Acting United States Attorney
District of Idaho

By:    /s/ *Katherine Horwitz*
Katherine L. Horwitz
Assistant U.S. Attorney

/s/ *Francis J. Zebari*
Francis J. Zebari
Assistant U.S. Attorney