# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## MINUTE ENTRY

**JURY TRIAL – Day 1 (Not Sealed)**

Chief Judge David C. Nye  
Case No. 1:23-cr-00281-DCN  
Place: Boise, ID  

Date: **September 2, 2025**  
Deputy Clerk: Jenny Mitchell  
Reporter: Anne Bowline  
Time: 8:39 – 8:47    AM  
Time: 10:01 – 12:27    PM  
Time: 12:44 – 2:01    PM  

**TOTAL TIME IN COURT:**     **3 Hours 51 Minutes**

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

Counsel for United States:     Katherine L. Horwitz & Francis J. Zebari

Counsel for Defendant:     Debra A. Groberg & Nathan Pittman

**(8:39) – Final Pre-Trial Conference:**
(X) The Court heard argument from counsel regarding objections.

**(10:01) - Jury Selection**
(X) The Court welcomed the prospective jurors, explained jury service, introduced the parties, and summarized the case.
(X) All jurors in courtroom sworn.
(X) Voir dire of prospective jurors.
(X) Jurors excused for cause.
(X) Each of counsel executed peremptory challenges and passed the jury for cause.
(X) Jury sworn to try the cause at issue. The Court admonished the jury.
(X) Select preliminary jury instructions read.

(X) Jury admonished for the evening. The jury trial will resume on Thursday, September 4, 2025, at 9:00 a.m. The Court will hear additional Voir Dire of an individual juror on Wednesday, September 3, 2025, at 9:00 a.m.