# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### MINUTE ENTRY

**JURY TRIAL – Day Two (2)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 4, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:41 – 10:07    AM |
| | Time: 10:24 – 11:56   AM |
| | Time: 1:29 – 3:15     PM |
| | Time: 3:32 – 4:46     PM |
| | **Total Time in Court: 5 Hours 58 Minutes** |

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

| | |
|---|---|
| Counsel for United States: | Katherine L. Horwitz & Francis J. Zebari |
| Counsel for Defendant: | Debra A. Groberg & Nathan Pittman |

(X) The Court took up jury matters and objections to the exhibits added to the Defense exhibit list.
(X) Jurors present in the courtroom at 9:08 a.m.
(X) Preliminary jury instructions read.
(X) Opening statements made by counsel.
(X) G.B. called as Government's first witness at 10:26 a.m.

**Government's Witnesses:**
    (X) G.B. at 10:26 a.m.
    (X) B.S. at 1:44 p.m.
    (X) Ayesha Avila
    (X) T. T. at 3:34 p.m.
    (X) Raelynn North at 4:06 p.m.

**Government's Exhibits:**
(X) Admitted:
    (X) 1104, 1018A, 1018B, 1018C, & 1018D

(X) Used for a Witness (not admitted):
    (X) 1018F

**Defendant's Exhibits:**
(X) Used for a Witness (not admitted):
    (X) 5502A & Government's 1323A

(X) Jury admonished for the evening. The jury trial will resume on September 5, 2025 at 9:00 a.m.