# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## MINUTE ENTRY

**JURY TRIAL – Day Three (3)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 5, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:33 – 8:49    AM |
| | Time: 9:03 – 10:21   AM |
| | Time: 10:42 – 11:53  AM |
| | Time: 1:25 – 1:46    PM |
| | **Total Time in Court: 3 Hours 6 Minutes** |

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

Counsel for United States:     Katherine L. Horwitz & Francis J. Zebari

Counsel for Defendant:     Debra A. Groberg & Nathan Pittman

(X) The Court took up issues outside the presence of the jury.
(X) Jurors present in the courtroom at 9:04 a.m.
(X) Chad Ivie called as the Government's first witness at 9:05 a.m.

**Government's Witnesses:**
   (X) Chad Ivie at 9:05 a.m.
   (X) David Wright at 11:18 a.m.

**Government's Exhibits:**
(X) Admitted:
   (X) 1303A, 1303A1, 1303A2, 1303B1, & 1301

(X) Demonstrative (not admitted):
   (X) 1000 (pages 5 & 7)

(X) Upon return from the afternoon break, the Court took up matters regarding a potential Brady violation.
(X) Defendant was given until 9/6/2025 at 10:00 a.m. to submit his opening brief regarding the matter. Government was given until 9/6/2025 at 5:00 p.m. to submit its response. Defendant was given until 9/7/2025 at 10:00 a.m. to submit his reply.

(X) Jury admonished for the rest of the day. The jury trial will resume on Monday, September 8, 2025, at 9:00 a.m.