UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
MINUTE ENTRY

**JURY TRIAL – Day Four (4)**

Chief Judge David C. Nye
Case No. 1:23-cr-00281-DCN
Place: Boise, ID

Date: **September 8, 2025**
Deputy Clerk: Jenny Mitchell
Reporter: Anne Bowline
Time: 8:30 – 8:49     AM
Time: 9:01 – 10:05    AM
Time: 10:24 – 11:39   AM
Time: 12:37 – 1:47    PM
Time: 1:58 – 2:55     PM
**Total Time in Court: 4 Hours 45 Minutes**

**UNITED STATES OF AMERICA v. RYAN A. BENDAWALD**

Counsel for United States:    Katherine L. Horwitz & Francis J. Zebari

Counsel for Defendant:        Debra A. Groberg & Nathan Pittman

(X) The Court took up matters regarding exhibits and witnesses outside the presence of the jury.
(X) Jurors present in the courtroom at 9:02 a.m.
(X) Government continued direct examination of David Wright who was called and sworn on 9/5/2025.

**Government's Witnesses:**
(X) David Wright at 9:03 a.m.
(X) K.G. at 9:57 a.m.

**Government's Exhibits:**
(X) Admitted:
(X) 1078, 1204, 1234C, & 1232C (Sealed by Order of the Court).

(X) Offered, but Not Admitted:
(X) 1064, 1229, 1230, 1231(A-I), 1232A,B,&D, 1233(A-E), & 1234A,B,&D.

**Defendant's Exhibits:**
(X) Admitted:
(X) 5508, 5508A, 5509, 5509A, 5586, 6087, 6089, 6109, 6114, 6122, 6092, 6081, 6139, 6073, 6074, & 6137.

(X) Offered, but Not Admitted:
(X) 6012 & 6013.

(X) Used to Refresh the Witness' Recollection:
(X) 1226, 6034B & 6158.

(X) Jury admonished for the evening. The jury trial will resume on September 9, 2025, at 9:00 a.m.