# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### MINUTE ENTRY

**JURY TRIAL – Day Five (5)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 9, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:38 – 8:47    AM |
| | Time: 9:34 – 10:43   AM |
| | Time: 11:04 – 12:00  PM |
| | Time: 1:29 – 2:51    PM |
| | Time: 3:11 – 4:30    PM |
| | **Total Time in Court: 4 Hours 55 Minutes** |

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

| | |
|---|---|
| Counsel for United States: | Katherine L. Horwitz & Francis J. Zebari |
| Counsel for Defendant: | Debra A. Groberg & Nathan Pittman |

(X) The Court took up matters regarding witnesses and exhibits outside the presence of the jury.
(X) Jurors present in the courtroom at 9:35.
(X) The Court read Instruction 16 regarding Government's Exhibit 1078.
(X) The Government called Casey McGrew as its first witness of the day at 9:36 a.m.

**Government's Witnesses:**
- (X) Casey McGrew at 9:36 a.m.
- (X) Emmett Schreiber at 2:24 p.m.
- (X) Myron Kershaw at 3:13 p.m.

**Government's Exhibits:**
(X) Admitted:
- (X) 1205, 1201A, & 1202A.

(X) Offered, but Not Admitted:
- (X) 1254 (page 79, lines 10-16).

(X) Used to Refresh the Witness' Recollection:
- (X) 1254 (pages 61, 65, 66, 67, 71, & 95), & 1290.

**Defendant's Exhibits:**

(X) Admitted:
    (X) 6029.

(X) Used to Refresh the Witness' Recollection:
    (X) 9691, GJ Transcript (pages 31 & 32), & 6037.

(X) Jury admonished for the evening. The jury trial will resume on September 10, 2025, at 9:00 a.m.