# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### MINUTE ENTRY

**JURY TRIAL – Day Six (6)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 10, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:42 – 8:50     AM |
| | Time: 9:03 – 10:13    AM |
| | Time: 10:33 – 12:18   AM |
| | Time: 1:26 – 1:29     PM |
| | Time: 1:33 – 2:52     PM |
| | Time: 3:08 – 3:54     PM |
| | Time: 4:12 – 5:01     PM |
| | **Total Time in Court: 6 Hours** |

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

Counsel for United States:   Katherine L. Horwitz & Francis J. Zebari

Counsel for Defendant:       Debra A. Groberg & Nathan Pittman

(X) The Court took up matters regarding witnesses and jurors outside the presence of the jury.
(X) The Court orally Ordered the Official Transcript of Volume I of Trial Proceedings at Docket 204 to be Sealed.
(X) Jurors present in the courtroom at 9:03 a.m.
(X) The Government called C.A. as its first witness of the day at 9:04 a.m.
(X) Before the end of the lunch recess, at 1:26 p.m., the Court met with counsel and one juror in chambers regarding a juror matter.

**Government's Witnesses:**
- (X) C.A. at 9:04 a.m.
- (X) Tylee Lanham at 11:00 a.m.
- (X) Andrew Haws at 1:34 p.m.
- (X) Bryan Taylor at 2:23 p.m.
- (X) Jesse Cooper at 4:13 p.m.

**Government's Exhibits:**
(X) Admitted:
- (X) 1501B, 1501C, 1202D, 1231H, 1213A, 1213B, 1213C, & 1501A.

(X) Offered, but Not Admitted:
- (X) 1092.

(X) Used by the Government to Refresh a Witness' Recollection:
    (X) 1253 (pages 13, 58, & 62).

**Defendant's Exhibits:**

(X) Admitted:
    (X) 7536, 7537, 7538, 7539, 7540, 7541, 7542, 7543, 7544, 7545, 7546, 7547, 7548, 7549, & 6056.

(X) Used by Defendant to Refresh a Witness' Recollection:
    (X) 9900 & 1231I.


(X) Jury admonished for the evening. The jury trial will resume on September 11, 2025, at 9:00 a.m.