UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
MINUTE ENTRY

**JURY TRIAL – Day Seven (7)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 11, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 9:01 – 10:13   AM |
| | Time: 10:34 – 11:49  AM |
| | Time: 1:17 – 2:45    PM |
| | Time: 3:05 – 3:54    PM |
| | **Total Time in Court: 4 Hours 44 Minutes** |

**UNITED STATES OF AMERICA v. RYAN A. BENDAWALD**

| | |
|---|---|
| Counsel for United States: | Katherine L. Horwitz & Francis J. Zebari |
| Counsel for Defendant: | Debra A. Groberg & Nathan Pittman |

(X) There were no matters for the Court to take up outside the presence of the jury.
(X) Jurors present in the courtroom at 9:02 a.m.
(X) Government continued direct examination of Jesse Cooper who was called and sworn on 9/10/2025.

**Government's Witnesses:**
- (X) Jesse Cooper at 9:01 a.m.
- (X) Joe Cardwell at 1:25 p.m.
- (X) Doug Hart at 2:00 p.m.
- (X) Benjamin Dean at 3:25 p.m.
- (X) Jose Menchaca at 3:32 p.m.
- (X) Alisa Gulley at 1:39 p.m.

**Government's Exhibits:**
(X) Admitted:
- (X) 1502, 1503, 1504, 1505, 1506, 1530A, 1530B, 1507, 1000A, 1001A, 1001B, 1001C, 1016, 1017, 1010A, 1010B, 1010A, &1010B.

(X) Used by the Government to Refresh a Witness' Recollection:
- (X) 1255.

(X) Witness Laid Foundation/Authentication:
- (X) 1309, 1033, 1052A, 1052B, 1052D, 1058A, 1059, 1062, 1063, 1064A,1064E, 1065, 1067, 1068, 1069, 1076, 1082, 1085, 1208, 1209, 1210, 1211, 1309, 1414, 1508, 1024,

1071B, 1074A, 1074B, 1080A, 1080B, 1201A, 1202A, 1202B, 1202C, 1230, 1231A, 1231B, 1231C, 1231D, 1231E, 1231F, 1231G, 1231H, 1231I, 1232A, 1232B, 1232C, 1233A, 1233B, 1233C, 1233D, 1233E, 1234A, 1234B, 1234C, 1234D, 1301, 1302, 1303A, 1303B, 1303C, 1303D, 1303E, 1303F, 1303G, 1303H, 1303I, 1303J, 1303K, 1330, 1331, 1332, 1333, 1334, 1335, 1336, 1337, 1401, 1402A, 1402B, 1402C, 1404, 1406, 1430A, 1430B, 1431B, 1501A, 1501B, 1501C, 1502, 1503, 1504, 1505, 1506, 1507, 1530A, & 1530B.

**Defendant's Exhibits:**

(X) Admitted:
    (X) 5609, 7504, 7573, & 7526.

(X) Used by Defendant to Refresh a Witness' Recollection:
    (X) 9698.


(X) Jury admonished for the evening. The jury trial will resume on September 12, 2025, at 9:00 a.m.