# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### MINUTE ENTRY

**JURY TRIAL – Day Eight (8)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 12, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:34 – 8:59     AM |
| | Time: 9:04 – 10:25   AM |
| | Time: 10:45 – 11:47  AM |
| | Time: 12:52 – 1:49   PM |
| | **Total Time in Court: 3 Hours 45 Minutes** |

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

Counsel for United States:    Katherine L. Horwitz & Francis J. Zebari

Counsel for Defendant:    Debra A. Groberg & Nathan Pittman

(X) The Court took up matters regarding exhibits outside the presence of the jury.
(X) Jurors present in the courtroom 9:08 a.m.
(X) C.L. was called as Government's first witness of the day at 9:09 a.m.

**Government's Witnesses:**
- (X) C.L. at 9:09 a.m.
- (X) Tylee Lanham at 11:23 a.m.
- (X) Tyler Johnson at 11:30 a.m.
- (X) Devin Riley at 12:53 p.m.

**Government's Exhibits:**
(X) Admitted:
- (X) 1402B, 1402C, 1401, 1402A, 1404,

(X) Used by the Government to Refresh a Witness' Recollection:
- (X) 1310, 1406, & 1258 (pages 45 & 46).

**Defendant's Exhibits:**
(X) Used by Defendant to Refresh a Witness' Recollection:
- (X) 7024, 7026, & 1406.

(X) Jury admonished for the evening. The jury trial will resume on September 15, 2025, at 9:00 a.m.