# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## MINUTE ENTRY

**JURY TRIAL** – Day Nine (9)

Chief Judge David C. Nye

Case No. 1:23-cr-00281-DCN

Place: Boise, ID

Date: **September 15, 2025**

Deputy Clerk: Jenny Mitchell

Reporter: Anne Bowline

Time: 8:40 – 9:24      AM

Time: 9:48 – 10:41      AM

Time: 10:58 – 11:56      AM

Time: 1:14 – 2:13      PM

Time: 2:35 – 3:32      PM

Time: 3:51 – 4:39      PM

**Total Time in Court: 5 Hours 19 Minutes**

### UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

Counsel for United States:        Katherine L. Horwitz & Francis J. Zebari

Counsel for Defendant:        Debra A. Groberg & Nathan Pittman

(X) The Court took up matters regarding exhibits and witnesses outside the presence of the jury.

(X) Jurors present in the courtroom at 9:55 a.m.

(X) Government re-called Andew Haws as its first witness of the day at 9:55 a.m.

(X) The Court read Instruction 17 to the jury regarding the testimony of Shannon Sorini.

(X) Government rested their case-in-chief at 3:30 p.m.

(X) Jury was admonished and excused at 3:51 p.m.

(X) Outside the presence of the jury, Defendant made his Rule 29 Motion for Acquittal. After hearing argument, the court reserved ruling on the motion.

(X) The jury trial will resume on September 16, 2025, at 9:00 a.m.

**Government's Witnesses:**
(X) Andrew Haws at 9:55 a.m.
(X) Shannon Sorini at 10:15 a.m.
(X) Ryan O'Neil at 11:01 a.m.

**Government's Exhibits:**
(X) Admitted:
(X) 1101B, 1206B, 1231A, 1231B, 1231C, 1231D, 1231E, 1231F, 1231G, 1218, 1413, 1207F, 1207G, & 1310.

(X) Offered, but Not Admitted:
     (X) 1229 & 1311.

(X) Demonstrative:
     (X) 1000 & 1010.

**<u>Defendant's Exhibits:</u>**
(X) Admitted:
     (X) 6158.