# UNITED STATES DISTRICT COURT
## District of Idaho

### Defendant's Second Updated Exhibit List

| Case Name: | | Plaintiff's Attorney: |
|---|---|---|
| UNITED STATES OF AMERICA | | Katherine Horwitz & Frank Zebari |
| vs. | | Defendant's Attorney: |
| RYAN ALAN BENDAWALD | | Debra Groberg & Nathan Pittman |

| Docket No.: | Trial Dates: | Courtroom Deputy: |
|---|---|---|
| 1:23-CR-00281-DCN | September 2, 2025 | Jenny Mitchell |

| Presiding Judge: | Court Reporter: |
|---|---|
| David C. Nye | Anne Bowline |

**Party Offering Exhibits:**
Defendant Ryan A. Bendawald

### Instructions

- Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
- A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached, then leave blank.
- Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
- More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5000A | | | | | CPD Policy Organizational Chart | |
| 5000B | | | | | CPD Policy Chain of Command | |
| 5000C | | | | | CPD Policy Records Retention Schedule | |
| 5000D | | | | | CPD Policy Internal Affairs Investigation | |
| 5000E | | | | | CPD Policy Discipline | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5000F | | | | | CPD Policy Promotions and Eligibility Rosters | |
| 5000G | | | | | CPD Policy Uniform Policy | |
| 5000H | | | | | CPD Policy Arrests | |
| 5000I | | | | | CPD Policy on Domestic Violence | |
| 5000J | | | | | CPD Policy on Investigations | |
| 5000K | | | | | CPD Policy on Informants | |
| 5000L | | | | | CPD Policy on Portable Audio Equipment | |
| 5000M | | | | | CPD Procedures Manual Towed Vehicles | |
| 5000N | | | | | CPD Procedures Manual Jurisdiction and Geographic Boundaries | |
| 5000O | | | | | CPD Procedures Manual Cell Phones | |
| 5000P | | | | | CPD Procedures Manual Media Retention | |
| 5001 | | | | | Street Crimes Unit Mission Statement | |
| 5002 | | | | | May 14, 2024 Letter from CCPA | |
| 5003 | | | | | Report for DR C19-21803 | |
| 5004 | | | | | Ryan Bendawald 2021 Resignation Letter | |
| 5005 | | | | | Photo of Haylei Bendawald | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5006 | | | | | Ryan Bendawald Caldwell Police Department Headshot | |
| 5009 | | | | | Photo of Ryan Bendawald, Jason Cantrell, and Eric Duke April 2017 | |
| 5011 | | | | | Photo of Ryan Bendawald and Other Officers August 2014 | |
| 5012 | | | | | Photo of Ryan Bendawald and Other Officers July 2015 | |
| 5013 | | | | | Photo of Ryan, Haylei, and Amanda Bendawald December 2020 | |
| 5014 | | | | | Photo of Ryan Bendawald and Other Officers June 2019 | |
| 5015 | | | | | Photo of Ryan Bendawald and Others at Wrapped in Warmth Giveaway December 2018 | |
| 5016 | | | | | Ryan Bendawald's Street Crimes Unit Velcro Uniform Badge | |
| 5017 | | | | | Ryan Bendawald's Velro Uniform Name Badge | |
| 5018 | | | | | Ryan Bendawald's Metal Uniform Name Badge | |
| 5019 | | | | | Patrol Duty Belt | |
| 5020 | | | | | Taser Holder | |
| 5501 | | | | | March 27, 2022 Recording of G.B. Jail Call | |
| 5501A | | | | | Excerpt of March 27, 2022 recording of G.B. Jail Call | |
| 5501B | | | | | Excerpt of March 27, 2022 recording of G.B. Jail Call | |
| 5502 | | | | | March 29, 2022 Recording of G.B. Jail Call | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5502A | | | | | Excerpt of March 29, 2022 Recording of G.B. Jail Call | |
| 5502B | | | | | Excerpt of March 29, 2022 Recording of G.B. Jail Call | |
| 5503 | | | | | April 21, 2022 Recording of G.B. Jail Call | |
| 5503A | | | | | Excerpt of April 21, 2022 Recording of G.B. Jail Call | |
| 5503B | | | | | Excerpt of April 21, 2022 Recording of G.B. Jail Call | |
| 5503C | | | | | Excerpt of April 21, 2022 Recording of G.B. Jail Call | |
| 5503D | | | | | Excerpt of April 21, 2022 Recording of G.B. Jail Call | |
| 5504 | | | | | G.B. CCSO Custody Records | |
| 5507 | | | | | June 2, 2017 Email (1) | |
| 5507A | | | | | June 2, 2017 Email Attachment (1) | |
| 5508 | | | | | June 2, 2017 Email (2) | |
| 5508A | | | | | June 2, 2017 Email Attachment (2) | |
| 5509 | | | | | July 3, 2017 Email | |
| 5509A | | | | | July 3, 2017 Email Attachment | |
| 5510 | | | | | Report for DR 17-18007 | |
| 5511 | | | | | BWC for Incident DR 17-18007 (1) | |
| 5512 | | | | | BWC for Incident DR 17-18007 (2) | |
| 5513 | | | | | Report for DR 17-18286 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5514 | | | | | BWC for Incident DR 17-18286 | |
| 5515 | | | | | Report for DR 17-19436 | |
| 5516 | | | | | BWC for Incident DR 17-19436 | |
| 5517 | | | | | Report for DR 17-19634 | |
| 5518 | | | | | BWC for Incident DR 17-19634 (1) | |
| 5519 | | | | | BWC for Incident DR 17-19634 (2) | |
| 5520 | | | | | BWC for Incident DR 17-19634 (3) | |
| 5521 | | | | | BWC for Incident DR 17-19634 (4) | |
| 5522 | | | | | Report for DR 17-17795 | |
| 5523 | | | | | BWC for Incident DR 17-17795 (1) | |
| 5524 | | | | | BWC for Incident DR 17-17795 (2) | |
| 5525 | | | | | Report for DR 17-19215 | |
| 5526 | | | | | BWC for Incident DR 17-19215 (1) | |
| 5527 | | | | | BWC for Incident DR 17-19215 (2) | |
| 5528 | | | | | July 27, 2017 Email | |
| 5528A | | | | | July 27, 2017 Email Attachment | |
| 5529 | | | | | Photo of Lake Lowell Vicinity | |
| 5530 | | | | | Photo of Lake Lowell Vicinity | |
| 5531 | | | | | Photo of Lake Lowell Vicinity | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5532 | | | | | Photo of Lake Lowell Vicinity | |
| 5533 | | | | | Photo of Lake Lowell Vicinity | |
| 5534 | | | | | Photo of Lake Lowell Vicinity | |
| 5535 | | | | | Photo of Lake Lowell Vicinity | |
| 5536 | | | | | Photo of Lake Lowell Vicinity | |
| 5537 | | | | | Photo of Lake Lowell Vicinity | |
| 5538 | | | | | Photo of Lake Lowell Vicinity | |
| 5539 | | | | | Photo of Lake Lowell Vicinity | |
| 5540 | | | | | Photo of Lake Lowell Vicinity | |
| 5541 | | | | | Photo of Lake Lowell Vicinity | |
| 5542 | | | | | Photo of Lake Lowell Vicinity | |
| 5543 | | | | | Photo of Lake Lowell Vicinity | |
| 5544 | | | | | Photo of Lake Lowell Vicinity | |
| 5545 | | | | | Photo of Lake Lowell Vicinity | |
| 5546 | | | | | Photo of Lake Lowell Vicinity | |
| 5547 | | | | | Photo of Lake Lowell Vicinity | |
| 5548 | | | | | Photo of Lake Lowell Vicinity | |
| 5549 | | | | | Photo of Lake Lowell Vicinity | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5550 | | | | | Photo of Lake Lowell Vicinity | |
| 5551 | | | | | Photo of Lake Lowell Vicinity | |
| 5552 | | | | | Photo of Lake Lowell Vicinity | |
| 5553 | | | | | Photo of Lake Lowell Vicinity | |
| 5554 | | | | | Photo of Lake Lowell Vicinity | |
| 5555 | | | | | Photo of Lake Lowell Vicinity | |
| 5556 | | | | | Photo of Lake Lowell Vicinity | |
| 5557 | | | | | Photo of Lake Lowell Vicinity | |
| 5558 | | | | | Photo of Lake Lowell Vicinity | |
| 5570 | | | | | Photo of Lake Lowell Vicinity | |
| 5571 | | | | | Photo of Lake Lowell Vicinity | |
| 5572 | | | | | Photo of Lake Lowell Vicinity | |
| 5573 | | | | | Photo of Lake Lowell Vicinity | |
| 5574 | | | | | Photo of Lake Lowell Vicinity | |
| 5575 | | | | | Photo of Lake Lowell Vicinity | |
| 5576 | | | | | Photo of Lake Lowell Vicinity | |
| 5577 | | | | | Photo of Lake Lowell Vicinity | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5578 | | | | | Photo of Lake Lowell Vicinity | |
| 5579 | | | | | Photo of Lake Lowell Vicinity | |
| 5580 | | | | | Photo of Lake Lowell Vicinity | |
| 5582 | | | | | Video of Lake Lowell Vicinity | |
| 5583 | | | | | Photo of Street Crimes Unit Building | |
| 5584 | | | | | Photo of Street Crimes Unit Building | |
| 5585 | | | | | Photo of Street Crimes Unit Building | |
| 5586 | | | | | Photo of Street Crimes Unit Building | |
| 5587 | | | | | Photo of Street Crimes Unit Building | |
| 5588 | | | | | Photo of Street Crimes Unit Building | |
| 5589 | | | | | Photo of Street Crimes Unit Building | |
| 5590 | | | | | Photo of Street Crimes Unit Building | |
| 5591 | | | | | Photo of Street Crimes Unit Building | |
| 5592 | | | | | Photo of Street Crimes Unit Building | |
| 5593 | | | | | Photo of Street Crimes Unit Building | |
| 5594 | | | | | Photo of Street Crimes Unit Building | |
| 5595 | | | | | Photo of Street Crimes Unit Building | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 5596 | | | | | Photo of Street Crimes Unit Building | |
| 5597 | | | | | Photo of Street Crimes Unit Building | |
| 5598 | | | | | Photo of Street Crimes Unit Building | |
| 5599 | | | | | Photo of Street Crimes Unit Building | |
| 5600 | | | | | Certified Judgment; State v. G.B | |
| 5601 | | | | | Certified Judgment; State v. G.B. | |
| 5602 | | | | | Certified Judgment; State v. G.B. | |
| 5603 | | | | | IDOC Records for G.B. | |
| 5605 | | | | | Ryan Bendawald Change of Status, 4-30-17 | |
| 5606 | | | | | Ryan Bendawald Change of Status, 7-3-17 | |
| 5607 | | | | | Ryan Bendawald Change of Status 8-4-19 | |
| 5608A | | | | | Excerpt of March 24, 2022 Recording of G.B. Jail Call | |
| 5609 | | | | | Excerpt of BWC for DR 17-19397 on July 26, 2017 | |
| 6000 | | | | | Report for DR 16-31540 | |
| 6006 | | | | | BWC for DR 18-24053 | |
| 6010 | | | | | Verizon Call Records for 208-477-7136 in August 2018 | |
| 6011 | | | | | August 2018 Google Street View in Meridian, Idaho (1) | |
| 6012 | | | | | August 2018 Google Street View in Meridian, Idaho (2) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6013 | | | | | August 2018 Google Street View in Meridian, Idaho (3) | |
| 6014 | | | | | March 6, 2019 Email | |
| 6020 | | | | | October 18, 2018 Email | |
| 6023 | | | | | November 26, 2018 Email | |
| 6024 | | | | | November 26, 2018 Email | |
| 6025 | | | | | November 26, 2018 Email | |
| 6029 | | | | | Radio Log for DR 18-37936 | |
| 6034A | | | | | K.G. Medical Records Release | |
| 6034B | | | | | K.G. Medical Records | |
| 6034C | | | | | K.G. Medical Records | |
| 6034D | | | | | K.G. Medical Records | |
| 6037 | | | | | December 9, 2018 Email | |
| 6042 | | | | | January 17, 2019 Email | |
| 6042A | | | | | January 17, 2019 Email Attachment | |
| 6044 | | | | | January 21, 2019 Email and Attachment | |
| 6049 | | | | | Report for DR 19-19069 | |
| 6050 | | | | | AT&T Phone Records for 208-477-7136 on June 12-13, 2019 | |
| 6051 | | | | | Bendawald Report for DR 19-18935 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6054 | | | | | Bendawald Radio Log for June 12, 2019 | |
| 6055 | | | | | McGrew Radio Log for June 12, 2019 | |
| 6056 | | | | | Radio Log for June 12-13, 2019 | |
| 6057 | | | | | Tylee Lanham Incident Logs for June 12, 2019 | |
| 6058 | | | | | June 13, 2019 K.G. Arrest Sheet | |
| 6060 | | | | | CAD Log for DR 19-18950 | |
| 6062 | | | | | BWC for DR 19-19069 | |
| 6064 | | | | | Report for DR 21-15495 | |
| 6065 | | | | | Radio Logs for May 25, 2021 | |
| 6066 | | | | | BWC for DR 21-15495 | |
| 6067 | | | | | May 25, 2021 Email | |
| 6068 | | | | | Report for DR 22-06354 | |
| 6069 | | | | | Search Warrant #2022-088 | |
| 6070 | | | | | BWC for Incident 22-06354 (1) | |
| 6071 | | | | | BWC for Incident 22-06354 (2) | |
| 6072 | | | | | BWC for DR 22-06403 | |
| 6073 | | | | | K.G. March 5, 2022 Text Messages | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6074 | | | | | K.G. August 2022 Text Messages | |
| 6075 | | | | | August 2022 Email | |
| 6076 | | | | | K.G. January 1, 2024 Text Message | |
| 6077 | | | | | April 6, 2023 Email | |
| 6078 | | | | | K.G. Proffer Letter | |
| 6081 | | | | | Google Maps View of 2506 Arrowhead | |
| 6082 | | | | | Recording of Trailer at 2506 Arrowhead | |
| 6083 | | | | | Recording of Trailer at 2506 Arrowhead | |
| 6084 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6085 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6086 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6087 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6088 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6089 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6090 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6091 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6092 | | | | | Photo of Trailer at 2506 Arrowhead | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6093 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6094 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6095 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6096 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6097 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6098 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6099 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6100 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6101 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6102 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6103 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6104 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6105 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6106 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6107 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6108 | | | | | Photo of Trailer at 2506 Arrowhead | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6109 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6110 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6111 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6112 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6113 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6114 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6115 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6116 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6117 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6118 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6119 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6120 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6121 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6122 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6123 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6124 | | | | | Photo of Trailer at 2506 Arrowhead | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6125 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6126 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6127 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6128 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6129 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6130 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6131 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6132 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6133 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6134 | | | | | Photo of Trailer at 2506 Arrowhead | |
| 6137 | | | | | Idaho Industrial Commission Records for K.G. | |
| 6138 | | | | | August 6, 2025 Letter | |
| 6139 | | | | | AT&T Mobility Records for 208-230-2844 | |
| 6146 | | | | | Certified Judgment; State v. K.G. | |
| 6147 | | | | | CCSO Individual Arrest Summary for K.G. | |
| 6148 | | | | | IDOC Records for K.G. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6149 | | | | | Report for DR 18-37891 | |
| 6150 | | | | | Report for DR 18-37930 | |
| 6151 | | | | | Report for DR 18-37937 | |
| 6152 | | | | | Watchawald for Ryan Bendawald on June 12, 2019 | |
| 6153 | | | | | Watchawald for Ryan Bendawald on June 12, 2019 | |
| 6155 | | | | | Fourth Amendment Waiver K.G. | |
| 6156 | | | | | Summary Timeline of December 3, 2018 | |
| 6157 | | | | | Summary Timeline of June 12-13, 2019 | |
| 6158 | | | | | K.G. February 10, 2023 Text Message | |
| 6500 | | | | | Radio Log for Incident 19-20663 | |
| 6501 | | | | | CAD for Incident 19-20663 | |
| 6517 | | | | | Booking Report for Incident 19-20663 | |
| 6518 | | | | | Officers Arrest Sheet for Incident 19-20663 | |
| 6521 | | | | | Warrants for Incident 19-20663 | |
| 6522 | | | | | Google Map of 2410 College Avenue | |
| 6523 | | | | | Photo of 2410 College Avenue | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6524 | | | | | Photo of 2410 College Avenue | |
| 6525 | | | | | Photo of 2410 College Avenue | |
| 6526 | | | | | Photo of 2410 College Avenue | |
| 6527 | | | | | Photo of 2410 College Avenue | |
| 6528 | | | | | Photo of 2410 College Avenue | |
| 6529 | | | | | Photo of 2410 College Avenue | |
| 6530 | | | | | Photo of 2410 College Avenue | |
| 6531 | | | | | Photo of 2410 College Avenue | |
| 6532 | | | | | Photo of 2410 College Avenue | |
| 6533 | | | | | Photo of 2410 College Avenue | |
| 6534 | | | | | Photo of 2410 College Avenue | |
| 6535 | | | | | Photo of 2410 College Avenue | |
| 6536 | | | | | Photo of 2410 College Avenue | |
| 6537 | | | | | Photo of 2410 College Avenue | |
| 6538 | | | | | Photo of 2410 College Avenue | |
| 6539 | | | | | Report for Incident 19-20662 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6540 | | | | | Radio Log for Incident 19-20662 | |
| 6542 | | | | | Federal Case Investigation Report | |
| 6543 | | | | | Federal Case Controlled Buy Video | |
| 6544 | | | | | Federal Case Controlled Buy Video 2 | |
| 6545 | | | | | Government's Motion for Downward Departure | |
| 6546 | | | | | Rule 11 Plea Agreement | |
| 6548 | | | | | Government's Sentencing Memo | |
| 6549 | | | | | Entry of Plea Minutes | |
| 6550 | | | | | Sentencing Minutes | |
| 6552 | | | | | Certified Judgement, B.S. | |
| 6553 | | | | | Certified Judgment, B.S. | |
| 6554 | | | | | Certified Judgment, B.S. | |
| 6555 | | | | | Certified Judgment, B.S. | |
| 6556 | | | | | Certified Judgment, B.S. | |
| 6559 | | | | | Incident 14-11285 Audio | |
| 6561 | | | | | Incident 14-11285 Video | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6562 | | | | | Incident 14-PP-1449 Report | |
| 6564 | | | | | Incident 15-21116 Audio | |
| 6567 | | | | | Incident 16-26209 Property Report | |
| 6568 | | | | | Incident 16-26209 Video | |
| 6569 | | | | | Incident 18-23576 Report | |
| 6570 | | | | | Incident 18-23576 Citations | |
| 6571 | | | | | Incident 18-23576 Property Report | |
| 6572 | | | | | Incident 18-23576 Video 1 | |
| 6573 | | | | | Incident 18-23576 Video 2 | |
| 6574 | | | | | Incident 18-23576 Video 3 | |
| 6577 | | | | | Incident 18-33402 Video 1 | |
| 6578 | | | | | Incident 18-33402 Video 2 | |
| 6579 | | | | | Incident 18-33402 Video 3 | |
| 6582 | | | | | Incident 19-01138 Video 1 | |
| 6583 | | | | | Incident 19-01138 Video 2 | |
| 6584 | | | | | Incident 19-01138 Video 3 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 6587 | | | | | CCSO Individual Arrest Report for B.S. | |
| 6588 | | | | | IDOC Custody Report for B.S. | |
| 6589 | | | | | Idaho Industrial Commission Records for B.S. | |
| 6592 | | | | | Timeline for June 28, 2019 | |
| 7000 | | | | | CCSO Report for C.L. | |
| 7001 | | | | | IDOC Records for C.L. | |
| 7002 | | | | | Certified Judgment, C.L. | |
| 7003 | | | | | Certified Judgment, C.L. | |
| 7005 | | | | | Google Map of 2718 Arlington Ave. to 622 E. Ustick | |
| 7006 | | | | | Google Map of 622 E. Ustick | |
| 7014 | | | | | Google Maps, Back of Caldwell Police Department, September 2019 | |
| 7015 | | | | | Google Maps, Back of Caldwell Police Department, September 2019 | |
| 7016 | | | | | Google Maps, Caldwell Police Department, September 2020 | |
| 7017 | | | | | Photo of Caldwell Police Department | |
| 7018 | | | | | Photo of Caldwell Police Department | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7019 | | | | | Photo of Caldwell Police Department | |
| 7020 | | | | | Photo of Caldwell Police Department | |
| 7021 | | | | | Photo of Caldwell Police Department | |
| 7022 | | | | | Photo of Caldwell Police Department | |
| 7023 | | | | | Photo of Caldwell Police Department | |
| 7024 | | | | | Photo of Caldwell Police Department | |
| 7025 | | | | | Photo of Caldwell Police Department | |
| 7026 | | | | | Photo of Caldwell Police Department | |
| 7027 | | | | | Photo of Caldwell Police Department | |
| 7028 | | | | | Photo of Caldwell Police Department | |
| 7029 | | | | | Photo of Caldwell Police Department | |
| 7030 | | | | | Photo of Caldwell Police Department | |
| 7031 | | | | | Photo of Caldwell Police Department | |
| 7032 | | | | | Photo of Caldwell Police Department | |
| 7033 | | | | | Photo of Caldwell Police Department | |
| 7034 | | | | | Photo of Caldwell Police Department | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7035 | | | | | Photo of Caldwell Police Department | |
| 7036 | | | | | Photo of Caldwell Police Department | |
| 7038 | | | | | Incident 20-04909 Radio Log | |
| 7039 | | | | | Incident 20-04909 Search Warrant | |
| 7040 | | | | | Incident 20-04909 Search Warrant Return | |
| 7045 | | | | | Incident 20-12507 Report | |
| 7046 | | | | | Incident 20-14770 Report | |
| 7047 | | | | | Log of C.L. jail call | |
| 7048 | | | | | Recording of C.L. jail call | |
| 7049 | | | | | Incident 20-14770 Search Warrant | |
| 7052 | | | | | Marshals Deputization | |
| 7055 | | | | | December 10, 2020 Email from Stephen Valenzuela | |
| 7056 | | | | | December 15, 2020 Email from Ryan Bendawald | |
| 7058 | | | | | February 16, 2020 Email from Andrew Haws | |
| 7059 | | | | | February 16, 2020 Email from Tsoler Kojayan | |
| 7060 | | | | | IR2020-008 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7500 | | | | | Certified Judgement, C.A. | |
| 7501 | | | | | Certified Judgement, C.A. | |
| 7502 | | | | | CCSO Report for C.A. | |
| 7504 | | | | | Search Warrant Affidavit for 723 S. 16th Ave. Caldwell, ID | |
| 7506 | | | | | Incident 21-06021 Dispatch Call | |
| 7507 | | | | | Incident 21-06021 Report | |
| 7508 | | | | | Incident 21-06021 Property Report | |
| 7509 | | | | | Incident 21-06107 Dispatch Call | |
| 7510 | | | | | Incident 21-06107 Report | |
| 7511 | | | | | Incident 21-07142 Report | |
| 7512 | | | | | Incident 21-07142 Property Report | |
| 7513 | | | | | Incident 21-07142 Video 1 | |
| 7514 | | | | | Incident 21-07142 Video 2 | |
| 7515 | | | | | Incident 21-07142 Video 3 | |
| 7525 | | | | | Incident 21-07225 Radio Log | |
| 7526 | | | | | March 11, 2021 Email from Jesse Cooper | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7527 | | | | | March 12, 2021 Radio Log | |
| 7529 | | | | | March 12, 2021 TimberStone Records Certification | |
| 7530 | | | | | March 12, 2021 TimberStone Receipt | |
| 7531 | | | | | March 12, 2021 TimberStone Tournament Log | |
| 7532 | | | | | March 12, 2021 TimberStone Excel | |
| 7534 | | | | | Google Map of 723 S. 16th St., Caldwell, ID 83605 | |
| 7536 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7537 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7538 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7539 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7540 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7541 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7542 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7543 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7544 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7545 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7546 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7547 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7548 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7549 | | | | | Photo of 723 S. 16th St., Caldwell, ID 83605 | |
| 7551 | | | | | Incident 21-07225 Email | |
| 7552 | | | | | Incident 21-08686 Report | |
| 7553 | | | | | Incident 21-08686 Property Report | |
| 7555 | | | | | Incident 21-10302 Report | |
| 7556 | | | | | Incident 21-10302 Video | |
| 7557 | | | | | Incident 21-10312 Report | |
| 7560 | | | | | Incident 21-10316 Report | |
| 7561 | | | | | Incident 21-10316 Video | |
| 7563 | | | | | Search of 723 S. 16th Ave. Video 1 | |
| 7564 | | | | | Search of 723 S. 16th Ave. Video 2 | |
| 7565 | | | | | Search of 723 S. 16th Ave. Video 3 | |
| 7566 | | | | | Search of 723 S. 16th Ave. Video 4 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7567 | | | | | Search of 723 S. 16th Ave. Video 5 | |
| 7568 | | | | | Search of 723 S. 16th Ave. Video 6 | |
| 7569 | | | | | Search of 723 S. 16th Ave. Video 7 | |
| 7570 | | | | | Search of 723 S. 16th Ave. Video 8 | |
| 7571 | | | | | Search of 723 S. 16th Ave. Video 9 | |
| 7572 | | | | | Search of 723 S. 16th Ave. Video 10 | |
| 7573 | | | | | Search of 723 S. 16th Ave. Video 11 | |
| 8000 | | | | | Certified Judgment, E.J. | |
| 8001 | | | | | Certified Amended Judgment, E.J. | |
| 8002 | | | | | Certified Judgment, E.J. | |
| 8003 | | | | | CCSO Report for E.J. | |
| 8004 | | | | | IDOC Records for E.J. | |
| 8009 | | | | | Incident 21-07220 Radio Log | |
| 8012 | | | | | Incident 21-07220 Officer Arrest Sheet | |
| 8013 | | | | | Incident 21-07220 Property Receipt | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8014 | | | | | CCSO PRR Response | |
| 8015 | | | | | Incident 21-07220 Photos | |
| 8017 | | | | | Ryan Bendawald Call Records | |
| 8018 | | | | | Ryan Bendawald's Text Message Records | |
| 8019 | | | | | Summary of Ryan Bendawald's Phone Records | |
| 8024 | | | | | AT&T Certificate of Authenticity | |
| 8027 | | | | | AT&T Phone Call Records for 208-391-8946 | |
| 8029 | | | | | AT&T Phone Records for 208-391-8946 | |
| 8030 | | | | | Summary of Emily Jeffreys' Phone Records | |
| 8031 | | | | | Google Map Demonstrative | |
| 8032 | | | | | Google Map Demonstrative | |
| 8033 | | | | | Starbucks Records | |
| 8034 | | | | | Starbucks Certificate of Authenticity | |
| 8035 | | | | | Starbucks Location Record | |
| 8036 | | | | | Starbucks Certificate of Authenticity | |
| 8038 | | | | | Incident 21-07248 Radio log | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8039 | | | | | March 11, 2021 Video 1 | |
| 8040 | | | | | March 11, 2021 Video 2 | |
| 8041 | | | | | March 11, 2021 Video 3 | |
| 8042 | | | | | TimberStone Golf Course Certificate of Authenticity | |
| 8043 | | | | | TimberStone Golf Course Receipt | |
| 8044 | | | | | March 2021 Statement | |
| 8045 | | | | | Text Messages 1 | |
| 8046 | | | | | Text Messages 2 | |
| 8047 | | | | | Text Messages 3 | |
| 8048 | | | | | Text Messages 4 | |
| 8049 | | | | | Text Messages 5 | |
| 8053 | | | | | Google Map of 1101 E. Chicago Street | |
| 8054 | | | | | Photos of 1101 E. Chicago Street | |
| 8055 | | | | | Photos of 1101 E. Chicago Street | |
| 8056 | | | | | Photos of 1101 E. Chicago Street | |
| 8057 | | | | | Photos of 1101 E. Chicago Street | |
| 8058 | | | | | Photos of 1101 E. Chicago Street | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8059 | | | | | Photos of 1101 E. Chicago Street | |
| 8060 | | | | | Photos of 1101 E. Chicago Street | |
| 8061 | | | | | Photos of 1101 E. Chicago Street | |
| 8062 | | | | | Photos of 1101 E. Chicago Street | |
| 8063 | | | | | Photos of 1101 E. Chicago Street | |
| 8064 | | | | | Photos of 1101 E. Chicago Street | |
| 8065 | | | | | Photos of 1101 E. Chicago Street | |
| 8066 | | | | | Overhead of Alleged Incident Location | |
| 8067 | | | | | Overhead of Alleged Incident Location | |
| 8068 | | | | | Video of Alleged Incident Area 1 | |
| 8069 | | | | | Video of Alleged Incident Area 2 | |
| 8070 | | | | | Photo of Alleged Incident Area | |
| 8071 | | | | | Photo of Alleged Incident Area | |
| 8072 | | | | | Photo of Alleged Incident Area | |
| 8073 | | | | | Photo of Alleged Incident Area | |
| 8074 | | | | | Photo of Alleged Incident Area | |
| 8075 | | | | | Photo of Alleged Incident Area | |
| 8076 | | | | | Photo of Alleged Incident Area | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8077 | | | | | Photo of Alleged Incident Area | |
| 8078 | | | | | Photo of Alleged Incident Area | |
| 8079 | | | | | Photo of Alleged Incident Area | |
| 8080 | | | | | Photo of Alleged Incident Area | |
| 8081 | | | | | Photo of Alleged Incident Area | |
| 8082 | | | | | Photo of Alleged Incident Area | |
| 8083 | | | | | Photo of Alleged Incident Area | |
| 8084 | | | | | Photo of Alleged Incident Area | |
| 8085 | | | | | Photo of Alleged Incident Area | |
| 8086 | | | | | Photo of Alleged Incident Area | |
| 8087 | | | | | Photo of Alleged Incident Area | |
| 8088 | | | | | Photo of Alleged Incident Area | |
| 8089 | | | | | Photo of Alleged Incident Area | |
| 8090 | | | | | Photo of Alleged Incident Area | |
| 8091 | | | | | Photo of Alleged Incident Area | |
| 8092 | | | | | Photo of Alleged Incident Area | |
| 8093 | | | | | Photo of Alleged Incident Area | |
| 8094 | | | | | Photo of Alleged Incident Area | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8095 | | | | | Photo of Alleged Incident Area | |
| 8096 | | | | | Photo of Alleged Incident Area | |
| 8097 | | | | | Photo of Alleged Incident Area | |
| 8098 | | | | | Photo of Alleged Incident Area | |
| 8099 | | | | | Photo of Alleged Incident Area | |
| 8100 | | | | | Photo of Alleged Incident Area | |
| 8101 | | | | | Photo of Alleged Incident Area | |
| 8102 | | | | | Photo of Alleged Incident Area | |
| 8103 | | | | | Photo of Alleged Incident Area | |
| 8104 | | | | | Photo of Alleged Incident Area | |
| 8105 | | | | | Photo of Alleged Incident Area | |
| 8106 | | | | | Photo of Alleged Incident Area | |
| 8107 | | | | | Photo of Alleged Incident Area | |
| 8108 | | | | | Photo of Alleged Incident Area | |
| 8109 | | | | | Photo of Unit 18 | |
| 8110 | | | | | Photo of Unit 18 | |
| 8111 | | | | | Photo of Unit 18 | |
| 8112 | | | | | Photo of Unit 18 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8113 | | | | | Photo of Unit 18 | |
| 8114 | | | | | Photo of Unit 18 | |
| 8115 | | | | | Photo of Unit 18 | |
| 8116 | | | | | Photo of Unit 18 | |
| 8117 | | | | | Photo of Unit 18 | |
| 8118 | | | | | Photo of Unit 18 | |
| 8119 | | | | | Photo of Unit 18 | |
| 8120 | | | | | Photo of Unit 18 | |
| 8121 | | | | | Photo of Unit 18 | |
| 8122 | | | | | Photo of Unit 18 | |
| 8123 | | | | | Photo of Unit 18 | |
| 8124 | | | | | Photo of Unit 18 | |
| 8125 | | | | | Photo of Unit 18 | |
| 8126 | | | | | Photo of Unit 18 | |
| 8127 | | | | | Photo of Unit 18 | |
| 8128 | | | | | Photo of Unit 18 | |
| 8129 | | | | | Photo of Unit 18 | |
| 8130 | | | | | Photo of Unit 18 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8131 | | | | | Photo of Unit 18 | |
| 8132 | | | | | Photo of Unit 18 | |
| 8133 | | | | | Photo of Unit 18 | |
| 8134 | | | | | Video of Unit 18 | |
| 8135 | | | | | May 20, 2021 Email from Tom DeFur | |
| 8136 | | | | | Incident 21-07220 Case Notes | |
| 8137 | | | | | Nov. 10, 2021 CCPO Letter | |
| 8140 | | | | | Incident 15-21151 Report | |
| 8148 | | | | | Incident 15-21151 Radio Log | |
| 8149 | | | | | Incident 15-21151 CAD | |
| 8150 | | | | | Incident 15-21151 ISP CAD | |
| 8151 | | | | | E.J. Medical Records | |
| 8152 | | | | | Incident 15-21151 Officers Arrest Sheet | |
| 8153 | | | | | CCSO Booking Sheet | |
| 8154 | | | | | August 20, 2015 Email from Ryan Bendawald | |
| 8155 | | | | | August 31, 2015 Email from Ryan Bendawald | |
| 8156 | | | | | August 20, 2015 Radio Logs (1) | |
| 8157 | | | | | August 20, 2015 Radio Logs (2) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8173 | | | | | Incident 15-30591 Medical Record Release | |
| 8174 | | | | | Incident 21-07248 Audio | |
| 8500 | | | | | C.S. IDOC Records | |
| 8501 | | | | | CCSO Report for C.S. | |
| 8502 | | | | | Certified Judgment, C.S. | |
| 8503 | | | | | Certified Judgment, C.S. | |
| 8504 | | | | | Incident 21-14167 Report | |
| 8505 | | | | | Incident 21-14167 Discovery Checklist | |
| 8506 | | | | | Incident 21-14167 PC Affidavit | |
| 8507 | | | | | Incident 21-14167 Property Report | |
| 8508 | | | | | Incident 21-14167 Radio Log | |
| 8509 | | | | | Incident 21-14167 Video 1 | |
| 8510 | | | | | Incident 21-14167 Video 2 | |
| 8511 | | | | | Incident 21-14167 Video 3 | |
| 8512 | | | | | Incident 21-14167 Video 4 | |
| 8513 | | | | | Incident 21-14167 Video 5 | |
| 8514 | | | | | CCSO Report for T.T. | |
| 8515 | | | | | Incident 15-04310 Report | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 8516 | | | | | Incident 22-22789 Report | |
| 8520 | | | | | Google Map of 201 E Belmont St. | |
| 8521 | | | | | Google Map Street View of 201 E Belmont St. | |
| 9000 | | | | | December 4, 2018 Email from Ryan Bendawald | |
| 9001 | | | | | February 15, 2020 Email from Ryan Bendawald | |
| 9002 | | | | | August 30, 2021 Email from Ryan Bendawald | |
| 9003 | | | | | Report for DR 17-00082 | |
| 9004 | | | | | Radio Log for DR 17-00082 | |
| 9005 | | | | | Closing Statement for DR 17-00082 | |
| 9006 | | | | | Report for DR 19-25875 | |
| 9007 | | | | | Radio Log for DR 19-25875 | |
| 9008 | | | | | Property Receipt for DR 19-25875 | |
| 9009 | | | | | Discovery Checklist for DR 19-25875 | |
| 9010 | | | | | CAD for DR 19-25875 | |
| 9011 | | | | | BWC for DR 19-25875 (1) | |
| 9012 | | | | | BWC for DR 19-25875 (2) | |
| 9013 | | | | | BWC for DR 19-25875 (3) | |
| 9014 | | | | | 911 Call for DR 17-00082 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 9015 | | | | | ATF Investigation Reports | |