# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# MINUTE ENTRY

**JURY TRIAL – Day Ten (10)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 16, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:34 – 8:48     AM |
| | Time: 9:29 – 10:47    AM |
| | Time: 11:07 – 11:36   AM |
| | Time: 12:58 – 2:29    PM |
| | **Total Time in Court: 3 Hours 32 Minutes** |

## UNITED STATES OF AMERICA v. RYAN A. BENDAWALD

| | |
|---|---|
| Counsel for United States: | Katherine L. Horwitz & Francis J. Zebari |
| Counsel for Defendant: | Debra A. Groberg & Nathan Pittman |

(X) The Court took up matters regarding witnesses and exhibits outside the presence of the jury.
(X) The Court took a recess for the government to review exhibits.
(X) Jurors present in the courtroom at 9:35.
(X) The Court inquired if the jurors recognized the name of a newly disclosed witness, Andrew Heitzman. There was no response.
(X) Defense called Julia Flores as its first witness of the day at 9:37 a.m.

**Defendant's Witnesses:**
- (X) Julia Flores at 9:37 a.m.
- (X) Scott Crupper at 9:48 a.m.
- (X) Eric Phillips at 11:10 a.m.
- (X) Andrew Heitzman at 11:19 a.m.
- (X) Greg Wanous at 1:00 p.m.
- (X) Brooke Zimmerman at 1:20 p.m.

**Defendant's Exhibits:**
(X) Admitted:
  (X) 6522, 6522, 6523, 6524, 6525, 6526, 6527, 6528, 6529, 6530, 6531, 6532, 6533, 6534, 6535, 6536, 6537, 6538, 9003, 9004, 9007, 9011 (sealed), 9012 (sealed), 9013 (sealed), & 9015.

(X) Used by Defendant to Refresh a Witness' Recollection:
  (X) 9005, 9008, 1210C, & 9706.

**Government's Exhibits:**
(X) Admitted:
    (X) 1303B, 1312, 1303D, & 1209 (sealed).

(X) Used by the Government to Refresh a Witness' Recollection:
    (X) 2033 &2032.


(X) Jury admonished for the evening. The jury trial will resume on September 17, 2025, at 9:00 a.m.