UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
MINUTE ENTRY

**JURY TRIAL – Day Eleven (11)**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **September 17, 2025** |
| Case No. 1:23-cr-00281-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 8:35 – 8:46      AM |
| | Time: 9:03 – 9:07      AM |
| | Time: 12:23 – 12:37   PM |
| | **Total Time in Court: 29 Minutes** |

**UNITED STATES OF AMERICA v. RYAN A. BENDAWALD**

| | |
|---|---|
| Counsel for United States: | Katherine L. Horwitz & Francis J. Zebari |
| Counsel for Defendant: | Debra A. Groberg & Nathan Pittman |

(X) The Court took up matters regarding exhibits and the sealing of documents outside the presence of the jury.
(X) Defendant was advised of his constitutional right to testify and to not testify, to which he understood and elected to not testify.
(X) Jurors present in the courtroom at 9:03 a.m.
(X) Defense rested at 9:05 a.m.
(X) Government rested at 9:05 a.m.
(X) Jury admonished and excused for the rest of the day at 9:06 a.m.
(X) Outside the presence of the jury, the Court held the informal jury instruction conference in Chambers.
(X) The Court held the formal jury instruction conference at 12:23 p.m. in the courtroom.
(X) Defendant renewed the objection to Government Exhibits 1231B-G being admitted during Ryan O'Neil's testimony.  The Court overruled the objection.

(X) The jury trial will resume on September 18, 2025, at 9:00 a.m.