UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00281-DCN |
| Plaintiff, | **JUDGMENT OF ACQUITTAL** |
| v. | |
| RYAN A. BENDAWALD, | |
| Defendant. | |

The Defendant was found not guilty on all charges. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

DATED: September 19, 2025

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT OF ACQUITTAL - 1