BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN A. BENDAWALD,<br><br>Defendant. | Case No. 1:23-cr-00281-DCN<br><br>**GOVERNMENT'S NOTICE OF NONOBJECTION TO MOTION TO INTERVENE (ECF 241)** |

Presently, Ethan Almaraz moves for leave to intervene in this criminal case for the limited purpose of filing a motion to obtain sealed transcripts from the criminal trial conducted in September of 2025. *See* Sealed Motion for Leave to Intervene, ECF 241 (Mar. 4, 2026). The government does not object to the request to intervene for the narrow purpose of filing this motion with the Court; the government does object to the release of such sealed material and will address its concerns in its response to the forthcoming motion for access.

1

Respectfully submitted this 24th day of March, 2026.

BART M. DAVIS
United States Attorney
District of Idaho

By:    /s/ Katherine Horwitz
       Katherine L. Horwitz
       Assistant U.S. Attorney